# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:25-cv-01790-B** |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF DAWN ALZINA</u>

1.      My name is Dawn Alzina.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on January 22, 2025.

3.      I returned my Movement-issued laptop on February 11, 2025 with a FedEx pre-paid shipping label.

4.      Attached as **<u>Exhibit 1</u>** is a true and correct copy of my FedEx shipping receipt.

5.      After I returned my Movement-issued laptop, Movement sent me another FedEx pre-paid shipping label on April 14, 2025. I informed Movement that I had already returned it. Attached as **<u>Exhibit 2</u>** is a true and correct copy of that exchange.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July \_\_\_, 2025.

*Dawn Alzina*
_____
Dawn Alzina

# **<u>EXHIBIT 1</u>**



Store #: 5138

Date: 02/11/2025          Time: 06:34 PM

RMA: 25354781

Tracking #: 797181027119

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556339_DEFAULT_ITEM | Dell Latitude Laptop |

**FedEx Office Drop-off Location:**

3555 CLARES ST

Ste Z

Capitola, CA 95010

**Merchant Return Address:**

MOVEMENT MORTGAGE - P&R

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# **<u>EXHIBIT 2</u>**

**From:** Dawn Alzina
**To:** Dawn Alzina
**Subject:** [EXTERNAL] Fwd: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting
**Date:** Tuesday, July 22, 2025 4:32:06 PM
**Attachments:** ATT00001.png
FedExHorizontal165.png
FedExverticalLogo.png

---

NOTICE: This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.

---

Get Outlook for iOS

**From:** Dawn Alzina <dawnalzina@outlook.com>
**Sent:** Thursday, June 12, 2025 4:12:10 PM
**To:** Dawn Alzina <dawn.alzina@supremelending.com>
**Subject:** Fwd: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

Get Outlook for iOS

**From:** Dawn Alzina <dawnalzina@outlook.com>
**Sent:** Monday, April 14, 2025 11:40:33 AM
**To:** IT Service Desk <movement@service-now.com>
**Subject:** Fwd: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

Hiya, sent my laptop back a long time ago. It's been confirmed received.
Please reverify you have it.

Get Outlook for iOS

**From:** noreply@Fedex.com <noreply@Fedex.com>
**Sent:** Monday, April 14, 2025 7:35:52 AM
**To:** dawnalzina@outlook.com <dawnalzina@outlook.com>
**Subject:** Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

# Your digital label is ready.

FedEx

Hello Dawn Alzina,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to <u>FedEx Office</u> to receive your packaging and shipping label.



**RMA Number:** FDX1RT25906859

**Suggested participating FedEx Office locations:**

**FedEx Office Ship Center**        .28mi
17801 Main St
Irvine, CA 92614
(949) 250-9174

**FedEx Office Print & Ship Center**        2.2mi
1000 Bristol St N
Newport Beach, CA 92660
(949) 261-5290

**FedEx Office Print & Ship Center**        2.22mi
3992 Barranca Pkwy
Irvine, CA 92606
(949) 552-1717

# Shipment summary

Ship to: MOVEMENT MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1
Note:
return movement laptop

This email has been sent to: dawnalzina@outlook.com.

©2025 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

View as webpage

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

<u>**DECLARATION OF MISTY CLARK**</u>

      1.      My name is Misty Clark.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

      2.      I resigned from Movement Mortgage, LLC on April 2, 2025.

      3.      I returned my Movement-issued laptop with a FedEx pre-paid shipping label on April 9, 2025.

      4.      Attached as <u>**Exhibit 1**</u> is a true and correct copy of my FedEx shipping receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2025.

*Misty Clark*
_____
Misty Clark

# EXHIBIT 1



Store #: 1012

Date: 04/09/2025        Time: 06:19 PM

RMA: 25827377

Tracking #: 797289745566

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|---|---|---|
| 3 | 2556339_DEFAULT_ITEM | Dell Latitude Laptop |

**FedEx Office Drop-off Location:**

630 N Sepulveda Blvd

El Segundo, CA 90245

**Merchant Return Address:**

MOVEMENT MORTGAGE - P&R

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF CARL CORBIN

1.      My name is Carl Corbin.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC and my last day was June 13, 2025.

3.      I returned my Movement-issued laptop on June 12, 2025 by delivering it to the IT department at Movement's corporate headquarters.

4.      A Movement representative emailed me on June 16, 2025 to confirm that I had received a shipping label to return my laptop. I informed her that I returned it on my last day in the office. Attached as **Exhibit 1** is a true and correct copy of that communication.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23 , 2025.

_____

Carl Corbin

# EXHIBIT 1

| | |
|---|---|
| **From:** | Corbin, Carl Isaiah |
| **To:** | Carl Corbin |
| **Subject:** | [EXTERNAL] Fwd: Termination of Employment |
| **Date:** | Tuesday, July 22, 2025 4:37:47 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image001.png |
| | image001.png |
| | image002.png |
| | image003.png |

> **NOTICE:** This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.

Carl Corbin

---------- Forwarded message ---------
From: **IT Hardware Returns** <ithardwarereturns@movement.com>
Date: Mon, Jun 16, 2025, 1:54 PM
Subject: RE: Termination of Employment
To: Corbin, Carl Isaiah <corbinc3@mailbox.winthrop.edu>, IT Hardware Returns <ithardwarereturns@movement.com>
Cc: Carl Isaiah Corbin <corbinc3@winthrop.edu>

Thank you for letting me know!



**Jenn Eastman**  |  National Engagement Manager

**Mobile** (704)-534-1625

8024 Calvin Hall Rd.

Indian Land SC 29707
www.movement.com



Have I made you a **raving fan** today? If so, please email <u>ravingfans@movement.com</u>.

Movement Mortgage has implemented Mimecast Email Security Services. To learn more, please visit <u>https://www.mimecast.com/</u>

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Lender. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

..

---

**From:** Corbin, Carl Isaiah <<u>corbinc3@mailbox.winthrop.edu</u>>
**Sent:** Monday, June 16, 2025 1:38 PM
**To:** IT Hardware Returns <<u>ithardwarereturns@movement.com</u>>
**Cc:** Carl Isaiah Corbin <<u>corbinc3@winthrop.edu</u>>
**Subject:** Re: Termination of Employment


Hi Jenn!


I actually turned my laptop into the IT department as I was in office. Jill and I walked it down to the IT room on the 12th.


Thank you!


Carl Corbin

On Mon, Jun 16, 2025, 1:36 PM IT Hardware Returns <ithardwarereturns@movement.com> wrote:

> Hi Carl!
>
> I wanted to make sure you received the shipping label in order to get your laptop sent back here to corporate. Please let me know if you didn't and we will resend it to you as sometimes it may get lost or sent to junk mail.
>
> Thanks for your help with this!
>
> 
>
> **Jenn Eastman**  |  National Engagement Manager
>
> **Mobile** (704)-534-1625
>
> 8024 Calvin Hall Rd.
>
> Indian Land SC 29707
> www.movement.com
>
> 
>
> Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

18

Movement Mortgage has implemented Mimecast Email Security Services. To learn more, please visit https://www.mimecast.com/

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Lender. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

..

**From:** HR <HR@movement.com>
**Sent:** Friday, June 13, 2025 4:02 PM
**To:** corbinc3@winthrop.edu
**Subject:** Termination of Employment

**Carl Corbin,**

This letter is to inform you that your position as a **Compliance Analyst** with Movement Mortgage was terminated effective **6/13/2025.** The nature of your employment is "at-will," therefore, the employment relationship can be terminated by either party at any time.  Below please find helpful topics regarding your employment separation:

- **FINAL CHECK**:  Your final paycheck or the check stub (if direct deposit), will be issued according to the following:

    - **Salary/Draw**: paid on the pay date following your departure date, if not given to you at the time of your departure
    - **Commissions**: paid based on funding date in accordance to Movement's established pay schedule. For any questions regarding your commission within 30 days of your separation date, please reach out to SalesComp@movement.com for assistance.

\*Any outstanding unearned advances will be due back to Movement and will result in the reduction of any commissions and override in accordance with your compensation schedule (Movement's Offer Letter Exhibit A) to the extent allowed by law.

- **EQUIPMENT:**

- It is very important that you return your Movement issued equipment, like your laptop, within **48 hours.**
- You will receive an email from FedEx with instructions on returning your equipment. PLEASE NOTE:  The email will come from commerce.test@genco.com and the subject line is "Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE".
- If you've left your laptop with your manager or at your branch, please ensure they notify IT by emailing it@movement.com.

- **W-2:**  In January following the year in which you separate from Movement, your W-2 will be made available to you in Workday. Please see below for instructions on how to access this.

- **WORKDAY:** You will still have access to Workday so you can pull your W-2s, paystubs, and any other pertinent payroll information. Following your termination date, you will receive two emails from movement@myworkday.com with instructions on how to access Workday.

- **CONFIDENTIALITY:** You are expected to comply with every post-termination obligation owed to Movement Mortgage, as outlined in any applicable agreement between you and Movement Mortgage and Movement Mortgage policy.  In accordance with our written policy, we have an expectation of confidentiality regarding the operations and procedures of Movement Mortgage. You are expected to refrain from directly or indirectly divulging to others the processes used to service Movement Mortgage's customers, or any other information considered proprietary or confidential by Movement Mortgage. You are expected to refrain from contacting the current employees of Movement Mortgage for the purpose of employment recruitment.

- **SOCIAL MEDIA/MARKETING (for licensed individuals)**:  Upon departure, please remove any and all association with Movement Mortgage from any and all marketing materials and social media profiles and platforms.

- **FEEDBACK:** Please take a few moments to complete the exit questionnaire task in your Workday inbox. Your feedback is important to us as we are always trying to improve.

We encourage you to contact Human Resources at hr@movement.com with any questions.

Thank you,

**Human Resources**

**HR@movement.com**

**Office Hours** 8AM – 5PM

8024 Calvin Hall Rd.

Indian Land, SC 29707
movement.com



**Ask me about Impact Lending**.

Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF STEPHEN CUNNINGHAM</u>

1.      My name is Stephen Cunningham.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I was terminated from Movement Mortgage, LLC on April 1, 2025.

3.      On April 3, 2025, Movement sent me a FedEx label for the return of my Movement-issued laptop.  Attached as **<u>Exhibit 1</u>** hereto is a true and correct copy of this email.  I delivered the laptop with the FedEx label to the Del Obispo Street FedEx location within a few days of receiving this email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 07/23/2 2025.

Stephen Cunningham (Jul 23, 2025 11:13:34 PDT)

Stephen Cunningham

# **<u>EXHIBIT 1</u>**



[EXTERNAL] Fwd: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

---------- Forwarded message ----------
From: <noreply@fedex.com>
Date: Thu, Apr 3, 2025 at 7:05 PM
Subject: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting
To: <stcunningham15@gmail.com>

**Your digital label is ready.**

Hello Stephen Cunningham,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to FedEx Office to receive your packaging and shipping label.

**RMA Number:** FDX1RT25824158

**Suggested participating FedEx Office locations:**

FedEx Office Print & Ship Center    4.17mi
31886 Del Obispo St
San Juan Capistrano, CA 92675
(949) 538-4155

FedEx Office Print & Ship Center    5.35mi
27221 La Paz Rd
Laguna Niguel, CA 92677
(949) 362-1900

FedEx Office Print & Ship Center    8.29mi
231 Avenida Del Mar
San Clemente, CA 92672
(949) 498-5540

**Shipment summary**

Ship to: MOVEMENT MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF MATT DAVIS

1.      My name is Matt Davis.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on March 31, 2025.

3.      On April 1, 2025, I attempted to return my Movement-issued laptop to the Spokane office, but no one was there. I texted Randy Porter and he told me to hang on to the laptop and that he could get it from me in the next couple of weeks. A true and correct copy of those texts are attached as **Exhibit 1**.

4.      I received a pre-paid FedEx shipping label on April 2, 2025. A true and correct copy of that email is attached as **Exhibit 2**.

5.      I returned the laptop with the pre-paid label on April 4, 2025. A true and correct copy of my FedEx shipping receipt is attached as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July  23  , 2025.

27

Matt Davis

# **EXHIBIT 1**







# EXHIBIT 2

 **Matthew Davis <matthew.davis31@gmail.com>**

---

## Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting
7 messages

---

**noreply@fedex.com** <noreply@fedex.com>            Wed, Apr 2, 2025 at 7:05 PM
To: matthew.davis31@gmail.com



# Your digital label is ready.

Hello Matthew Davis,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to FedEx Office to receive your packaging and shipping label.



**RMA Number:** FDX1RT25813825

**Suggested participating FedEx Office locations:**

**FedEx Office Print & Ship Center**      **2.91mi**
775 N Hwy 41
Post Falls, ID 83854
(208) 773-3420

**FedEx Office Print & Ship Center**      **3.83mi**

33

119 E Appleway Ave
Coeur D Alene, ID 83814
(208) 664-2880

**FedEx Office Print & Ship Center      17.31mi**
212 N Sullivan Rd
Veradale, WA 99037
(509) 922-4929

## Shipment summary

Ship to: MOVEMENT
MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1

This email has been sent to: matthew.davis31@gmail.com.

©2025 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

View as webpage

---

**Matthew Davis** <matthew.davis31@gmail.com>                    Wed, Apr 2, 2025 at 7:25 PM
To: Randy Porter <Randy.Porter@movement.com>

You sure you don't want me to do this?

---------- Forwarded message ---------
From: <noreply@fedex.com>
Date: Wed, Apr 2, 2025, 7:05 PM
Subject: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting
To: <matthew.davis31@gmail.com>

Case 3:25-cv-01790-B    Document 26-1    Filed 07/25/25    Page 35 of 189    PageID 374



# Your digital label is ready.

Hello Matthew Davis,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to FedEx Office to receive your packaging and shipping label.



**RMA Number:** FDX1RT25813825

## Suggested participating FedEx Office locations:

**FedEx Office Print & Ship Center**    **2.91mi**
775 N Hwy 41
Post Falls, ID 83854
(208) 773-3420


**FedEx Office Print & Ship Center**    **3.83mi**
119 E Appleway Ave
Coeur D Alene, ID 83814
(208) 664-2880


**FedEx Office Print & Ship Center**    **17.31mi**
212 N Sullivan Rd
Veradale, WA 99037
(509) 922-4929

## Shipment summary

Ship to: MOVEMENT
MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1

This email has been sent to: matthew.davis31@gmail.com.

©2025 FedEx. The content of this message is protected by copyright and
trademark laws under U.S. and international law. Review our privacy policy. All
rights reserved.

View as webpage

---

**28 attachments**

**spacer.gif**
2K

 **FedExHorizontal165.png**
1K



**FedExverticalLogo.png**
23K



**noname**
1K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

**spacer.gif**
2K

---

**Randy Porter** <Randy.Porter@movement.com>　　　　　　　　　　　　Thu, Apr 3, 2025 at 7:38 AM
To: Matthew Davis <matthew.davis31@gmail.com>

Do you have a box for the laptop?
Randy Porter
Market Leader
206-696-6099

Sent from my iPhone

On Apr 2, 2025, at 6:25 PM, Matthew Davis <matthew.davis31@gmail.com> wrote:

You sure you don't want me to do this?

---------- Forwarded message ---------
From: <noreply@fedex.com>
Date: Wed, Apr 2, 2025, 7:05 PM
Subject: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting
To: <matthew.davis31@gmail.com>

<FedExverticalLogo.png>

# Your digital label is ready.

Hello Matthew Davis,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to FedEx Office to receive your packaging and shipping label.

<noname>

**RMA Number:** FDX1RT25813825

**Suggested participating FedEx Office locations:**

**FedEx Office Print & Ship Center**      2.91mi
775 N Hwy 41
Post Falls, ID 83854
(208) 773-3420

**FedEx Office Print & Ship Center**      3.83mi
119 E Appleway Ave
Coeur D Alene, ID 83814
(208) 664-2880

**FedEx Office Print & Ship Center     17.31mi**

212 N Sullivan Rd

Veradale, WA 99037

(509) 922-4929


# Shipment summary

Ship to: MOVEMENT MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1

This email has been sent to: matthew.davis31@gmail.com.

©2025 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

View as webpage

<spacer.gif>
<FedExHorizontal165.png>
<FedExverticalLogo.png>
<noname>

**4 attachments**

**spacer.gif**
2K


**FedExHorizontal165.png**
1K


**FedExverticalLogo.png**
23K



**noname**
1K

---

**Matthew Davis** <matthew.davis31@gmail.com>                    Thu, Apr 3, 2025 at 9:29 AM
To: Randy Porter <Randy.Porter@movement.com>

I do, but Fedex will package everything, I am supposed to just drop it off and they package and return. Happy to do that or give it to you. The RMA return label is probably not cheap, but if you end up having to ship everything back anyway, maybe this is easier?

Let me know whatever is best for you!
Thanks,
Matt

**From:** Randy Porter <Randy.Porter@movement.com>
**Sent:** Thursday, April 3, 2025 7:38 AM
**To:** Matthew Davis <matthew.davis31@gmail.com>
**Subject:** Re: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

[Quoted text hidden]

---

**Randy Porter** <Randy.Porter@movement.com>                    Thu, Apr 3, 2025 at 10:41 AM
To: Matthew Davis <matthew.davis31@gmail.com>

I would be grateful if you could just drop it off if you have time in the next couple days



**Randy Porter**  |  Market Leader

NMLS 120175
**Cell** (206) 696-6099

2200 6th Avenue

Suite 100
Seattle, WA 98121
www.movement.com/randy.porter

 

https://movement.com/impactreport/





Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

Need to send me sensitive information via email? Click here.

Movement Mortgage has implemented Proofpoint Email Encryption Service. To learn more, click here.

WA-MLO-120175 | Movement Mortgage, LLC supports Equal Housing Opportunity. NMLS ID# 39179 (www.nmlsconsumeraccess.org) | 877-314-1499. Movement Mortgage, LLC is licensed by WA # CL-39179. Interest rates and products are subject to change without notice and may or may not be available at the time of loan commitment or lock-in. Borrowers must qualify at closing for all benefits. "Movement Mortgage" is a registered trademark of the Movement Mortgage, LLC, a Delaware limited liability company. 8024 Calvin Hall Rd, Indian Land, SC 29707.

Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipients(s). If this communication is received in error, please contact the sender and delete this communication.



[Quoted text hidden]

---

**Matthew Davis** <matthew.davis31@gmail.com>           Thu, Apr 3, 2025 at 12:20 PM
To: Randy Porter <Randy.Porter@movement.com>

No Problem! I will do it tomorrow!

Thanks,
Matt

---

**From:** Randy Porter <Randy.Porter@movement.com>
**Sent:** Thursday, April 3, 2025 10:41 AM
**To:** Matthew Davis <matthew.davis31@gmail.com>
**Subject:** RE: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting

[Quoted text hidden]

---

**Randy Porter** <Randy.Porter@movement.com>           Thu, Apr 3, 2025 at 12:40 PM
To: Matthew Davis <matthew.davis31@gmail.com>

Thank you

[Quoted text hidden]

# **<u>EXHIBIT 3</u>**



Store #: 2896

Date: 04/04/2025          Time: 02:35 PM

RMA: 25813825

Tracking #: 797286640985

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

119 E Appleway Ave

Coeur D Alene, ID 83814

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION ELI FAIRFIELD

1.     My name is Eli Fairfield. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.     I gave my two-weeks' notice to resign from Movement Mortgage, LLC ("Movement") on January 20, 2025. Two days later, Movement terminated my employment.

3.     I left my Movement-issued laptop on my desk in the Movement office in Irvine, California with a post-it note on it. I never had possession of my Movement-issued laptop after the date of my termination from Movement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2025.

_____
ELI FAIRFIELD

# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF ROBERT GILLON</u>

1.      My name is Robert Gillon.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on April 11, 2025.

3.      I returned my Movement-issued laptop on April 14, 2025.

4.      I returned the laptop in person at the Irvine office.  When I entered the office for this purpose, I noticed a number of laptops that had been placed at the front desk in plain view.  Because, with my departure, the office would now be vacant, I was concerned about leaving my laptop in that same area.  Accordingly, I placed my laptop in a cabinet in the back of the office and informed Eric Formiller where I had left it.

5.      Attached as **<u>Exhibit 1</u>** hereto is a true and correct copy of the April 14, 2025 email exchange between me and Mr. Formiller confirming the return of my Movement-issued laptop.

6.      The Irvine office was vacant for the last 1-2 months of my employment at Movement, but it remained open during business hours.  I believe that it was during this period

27276720 v3

48

that previous departing employees entered the vacant, unlocked office and left their laptops on the front desk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 07/23/2025.

_____
Robert Gillon

# <u>EXHIBIT 1</u>

**From:** Eric Formiller <eric.formiller@movement.com>
**Date:** April 14, 2025 at 2:54:58 PM PDT
**To:** Rob Gillon <armourgillon@gmail.com>
**Subject: Hey**

Thanks, Rob!




-----Original Message-----
From: Rob Gillon <armourgillon@gmail.com>
Sent: Monday, April 14, 2025 2:48 PM
To: Eric Formiller <eric.formiller@movement.com>
Subject: Hey

I just dropped off my laptop and charger at office. I stuck it in cabinet in the back part of office. So it is at least a little hidden. W my name on it.
Rob
Sent from my iPhone

# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF LU GRAHAM

1.      My name is Lu Graham.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on March 17, 2025.

3.      I returned my Movement-issued laptop on July 1, 2025 via FedEx.

4.      Attached as **Exhibit 1** is true and correct copy of my shipping receipt.

5.      From March through June, I was busy and forgot to return the laptop.

6.      I did not use the laptop after I resigned from Movement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23 , 2025.

_____
Lu Graham   2025-Jul-23 12:54

# **<u>EXHIBIT 1</u>**



# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOVEMENT MORTGAGE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-01790-B |
| EVERETT FINANCIAL INC. d/b/a | § | |
| SUPREME LENDING, | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF CHRIS HANLY

1.     My name is Chris Hanly.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.     I resigned from Movement Mortgage, LLC on March 28, 2025.

3.     I returned my Movement-issued laptop in with a FedEx pre-paid shipping label on April 9, 2025.

4.     Attached as **Exhibit 1** is a true and accurate copy of my FedEx shipping receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025.

Chris Hanly

57

# EXHIBIT 1



Store #: 0318

Date: 04/09/2025        Time: 03:22 PM

RMA: 25793795

Tracking #: 797282437500

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556339_DEFAULT_ITEM | Dell Latitude Laptop |

**FedEx Office Drop-off Location:**

19674 Beach Blvd

Huntington Beach, CA 92648

**Merchant Return Address:**

MOVEMENT MORTGAGE - P&R

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF MORGAN HEINRICH</u>

1.      My name is Morgan Heinrich. I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on January 10, 2025 and was then terminated on January 13, 2025.

3.       I contacted Movement Human Resources on January 14, 2025 to notify them that I had not yet received a FedEx shipping label to return my laptop. I offered to return it in-person at Movement's Fort Worth office. Attached as **<u>Exhibit 1</u>** is a true and correct copy of this email exchange.

4.      When I still had not received the FedEx shipping label, I followed up with Movement's HR representative and Asset Management team on January 15, 2025 and January 21, 2025. The Asset Management team did not respond until January 27, 2025. Attached as **<u>Exhibit 2</u>** is a true and correct copy of this email exchange.

5.      I returned my Movement-issued laptop with a pre-paid FedEx label on January 29, 2025. Attached as **<u>Exhibit 3</u>** is a true and correct copy of my FedEx shipping receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2025.

Morgan Heinrich

2

# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Morgan Heinrich |
| **To:** | morgan.heinrich@supremelending.com |
| **Subject:** | [EXTERNAL] Fwd: Separation Agreement and Next Steps |
| **Date:** | Tuesday, July 22, 2025 4:42:17 PM |
| **Attachments:** | image001.png |

> **NOTICE:** This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.

**From:** Marina Arbelo <marina.arbelo@movement.com>
**Date:** January 14, 2025 at 10:23:34 AM CST
**To:** Morgan Heinrich <morganlheinrich@gmail.com>
**Subject: RE: Separation Agreement and Next Steps**

Good morning Morgan,

Thank you for reaching out about this!  I spoke with our Legal team for clarification and they let me know that the purpose of this language (which is standard in each separation agreement) is to state that employees are not **entitled to** being rehired and their current employment has ended. It is essentially making clear that the separation is not a furlough or temporary separation of employment. Overall, rehire eligibility would be determined by management. I hope that helps!

Separately, when you have a moment, would you please log out of all your Movement accounts on your phone/any other devices? IT is working on closing out access.

For your Workday access, I will reach out to our Workday team to have your login reset. Regarding your equipment, I will loop you into an email with our Asset Management team to be sure they get you all set on returning equipment!

Thank you!

**Marina Arbelo**  |  HR Generalist – Corporate

**Office** (803) 336-4435 ext. 19595

**Fax** (803) 336-4435
**Office Hours** 8AM – 5PM

8024 Calvin Hall Road
Indian Land, SC 29707
movement.com



**Ask me about Impact Lending**
Have I made you a **raving fan** today? If so, please
email ravingfans@movement.com.

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

**From:** Morgan Heinrich <morganlheinrich@gmail.com>
**Sent:** Tuesday, January 14, 2025 10:14 AM
**To:** Marina Arbelo <marina.arbelo@movement.com>
**Subject:** Separation Agreement and Next Steps

Hi Marina,

I hope this email finds you well. I am writing regarding the separation agreement I received, specifically the clause pertaining to "no rehire."

Throughout my time at Movement Mortgage, I have worked diligently to uphold the company's values and mission. I was proud to contribute to our collective success through various initiatives, and I always approached my role with professionalism, dedication, and integrity.

Even in my resignation, I made every effort to handle the transition responsibly, including providing two weeks' notice, creating a thorough transition plan, and maintaining open communication with my team and leadership. I believe my actions reflect my respect and appreciation for Movement Mortgage and its people.

With that said, I was surprised to see a "no rehire" provision included in the separation agreement, particularly given my history of positive contributions and adherence to Movement's standards. I have done nothing to warrant such a restriction, and I kindly ask that this clause be reconsidered and removed.

Additionally, I would appreciate your assistance with a few logistical matters:

1. **Workday Access**: My Workday login is showing an error. Could you please

reset it so I can collect my W-2 and review my paystubs?

2. **Return of Equipment**: I have not yet received an email from FedEx regarding returning my laptop. If it's easier for your team, I'm happy to drop it off at the Fort Worth branch. Please let me know the preferred process.

Thank you for your time and consideration, and please let me know if you need any additional information from me to revisit the "no rehire" clause or resolve these matters. I look forward to hearing from you.

Best regards,
Morgan Heinrich

# EXHIBIT 2

| | |
|---|---|
| **From:** | Morgan Heinrich |
| **To:** | morgan.heinrich@supremelending.com |
| **Subject:** | [EXTERNAL] Fwd: Returning MM Equipment |
| **Date:** | Tuesday, July 22, 2025 4:12:38 PM |
| **Attachments:** | image001.png |

> **NOTICE:** This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.

**From:** Jay Getz <jay.getz@movement.com>
**Date:** January 27, 2025 at 11:04:26 AM CST
**To:** Marina Arbelo <marina.arbelo@movement.com>
**Cc:** Asset MGMT <assetmgmt@movement.com>, Morgan Heinrich <morganlheinrich@gmail.com>, Zack Williams <zack.williams@movement.com>
**Subject: RE: Returning MM Equipment**


Hello Morgan,

I apologize for the delay.   Zack will be reaching out to provide you with a return label.

Thank you!

Jay

---

**From:** Marina Arbelo <marina.arbelo@movement.com>
**Sent:** Monday, January 27, 2025 10:30 AM
**To:** Jay Getz <jay.getz@movement.com>
**Cc:** Asset MGMT <assetmgmt@movement.com>; Morgan Heinrich <morganlheinrich@gmail.com>
**Subject:** RE: Returning MM Equipment


Good morning Morgan,

I'm so sorry you haven't received a response yet... @Jay Getz can you please assist Morgan Heinrich with her request? She has yet to receive the FedEx email to return her MM equipment. She is Cc'd on this thread if you have any questions for her!

Thank you!

**Marina Arbelo** | HR Generalist – Corporate

**Office** (803) 336-4435 ext. 19595
**Fax** (803) 336-4435
**Office Hours** 8AM – 5PM

8024 Calvin Hall Road
Indian Land, SC 29707
[movement.com](movement.com)



**Ask me about Impact Lending**.
Have I made you a **raving fan** today? If so, please
email [ravingfans@movement.com](ravingfans@movement.com).

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

**From:** Morgan Heinrich <[morganlheinrich@gmail.com](morganlheinrich@gmail.com)>
**Sent:** Tuesday, January 21, 2025 4:03 PM
**To:** Marina Arbelo <[marina.arbelo@movement.com](marina.arbelo@movement.com)>
**Cc:** Asset MGMT <[assetmgmt@movement.com](assetmgmt@movement.com)>
**Subject:** Re: Returning MM Equipment

Hi there,

I am following up on this.

Thank you,

## Morgan Heinrich
Director of Marketing

**p:** 845.699.6819
**e:** [morganlheinrich@gmail.com](morganlheinrich@gmail.com)

Fort Worth, TX 76123



On Jan 15, 2025, at 10:31 AM, Marina Arbelo <marina.arbelo@movement.com> wrote:

Good morning @Asset MGMT,

Can you please provide Morgan Heinrich the information needed to return her equipment?

Thank you!

**Marina Arbelo**  |  HR Generalist – Corporate

**Office** (803) 336-4435 ext. 19595
**Fax** (803) 336-4435
**Office Hours** 8AM – 5PM

8024 Calvin Hall Road
Indian Land, SC 29707
movement.com

<image001.png>

**Ask me about Impact Lending**.
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

**From:** Morgan Heinrich <morganlheinrich@gmail.com>
**Sent:** Wednesday, January 15, 2025 11:22 AM
**To:** Marina Arbelo <marina.arbelo@movement.com>

**Cc:** Asset MGMT <assetmgmt@movement.com>
**Subject:** Re: Returning MM Equipment

Hello all,

I have not yet received the info to return my laptop.

Thank you,
Morgan Heinrich

On Tue, Jan 14, 2025 at 10:25 AM Marina Arbelo
<marina.arbelo@movement.com> wrote:

> Good morning!
>
> Morgan Heinrich said she has not received the FedEx email to
> return her equipment. Can you please assist? I also have her Cc'd
> on this email if you have any questions for her.
>
> Thank you!
>
>
> **Marina Arbelo**  |  HR Generalist – Corporate
>
> **Office** (803) 336-4435 ext. 19595
> **Fax** (803) 336-4435
> **Office Hours** 8AM – 5PM
>
> 8024 Calvin Hall Road
> Indian Land, SC 29707
> movement.com
>
> <image001.png>
>
> **Ask me about Impact Lending**.
> Have I made you a **raving fan** today? If so, please
> email ravingfans@movement.com.
>
> "Please be aware that e-mail is not a secured communication vehicle, and that
> others may in certain circumstances be able to view its contents. As a result,
> while we are happy to provide this information by e-mail, we do not conduct
> actual business transactions by e-mail. Please contact the sender directly if you
> have any concerns about this message. All loans subject to credit approval and
> property appraisal. This communication is confidential and propriety business
> communication. It is intended solely for the use of the designated recipient(s). If
> this communication is received in error, please contact the sender and delete this
> communication."

# EXHIBIT 3



Store #: 2026

Date: 01/29/2025          Time: 02:42 PM

RMA: 25228397

Tracking #: 797150860393

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556339_DEFAULT_ITEM | Dell Latitude Laptop |

**FedEx Office Drop-off Location:**

5737 S Hulen St

Fort Worth, TX 76132

**Merchant Return Address:**

MOVEMENT MORTGAGE - P&R

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# EXHIBIT K



**From:** Matt Ray
**To:** Lautach, Hannah; Deaon, John; Casey, Treya G.; Jeon, Sloan
**Subject:** FW: [EXTERNAL] Fwd: Termination of Employment
**Date:** Friday, July 25, 2025 11:47:41 AM
**Attachments:** image_2025-07-25 12-47-43.png
image000.png
image001.png
image002.png
image003.png
image004.png

||| **SILVERA**
||| **DEARY RAY**

MATT RAY · *Partner*
matt@silveradearyray.com
17070 Dallas Parkway, Suite 100  |  Dallas, TX 75248
**T** 214.572.1716  |  **silveradearyray.com**

**From:** Cody Nett <cody.nett@supremelending.com>
**Sent:** Wednesday, July 23, 2025 12:40 PM
**To:** Matt Ray <matt@silveradearyray.com>
**Subject:** FW: [EXTERNAL] Fwd: Termination of Employment

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Cody.Nett@supremelending.com

**From:** Jennifer Hernandez <jennifer.hernandez@supremelending.com>
**Sent:** Wednesday, July 23, 2025 1:37 PM
**To:** Cody Nett <cody.nett@supremelending.com>
**Subject:** FW: [EXTERNAL] Fwd: Termination of Employment

*Always happy to help!*
*Jennifer Hernandez*
LOAN OFFICER Assistant- NMLS 2590299
Main – **951.286.8679**
Fax - **951-346-3893**
2151 Michelson Dr. Suite 125 Irvine ,CA 92612
JENNIFER.HERNANDEZ@SUPREMELENDING.COM

*Enriching Lives*     **SUPREME LENDING**

**From:** Jennifer Hernandez <jenniferawhernandez@gmail.com>
**Sent:** Wednesday, July 23, 2025 10:35 AM
**To:** Jennifer Hernandez <jennifer.hernandez@supremelending.com>
**Subject:** [EXTERNAL] Fwd: Termination of Employment

NOTICE: This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.

Sent from Gmail Mobile

---------- Forwarded message ----------
**From:** IT@movement.com <IT@movement.com>
**Date:** Wed, Jul 23, 2025 at 9:22 AM
**Subject:** RE: Termination of Employment
**To:** jenniferawhernandez@gmail.com <jenniferawhernandez@gmail.com>
**CC:** kayla.johns@movement.com <kayla.johns@movement.com>, kathleen.hamilton@movement.com <kathleen.hamilton@movement.com>

Hello Jennifer,

Thank you for reaching out to Movement Mortgage IT Support. I checked on the back end and I do not see a confirmation for the RMA return/equipment return. But I checked with our team and they advised you have returned the equipment. No equipment is showing assigned to your movement account anymore. I will attaching a screenshot below.



Thank you,

**Alicia Capo**  |  IT Support Analyst
**Office Hours** 8AM – 5PM EST

If you need immediate assistance please contact the IT support at **877-452-8597** or email IT@movement.com

8024 Calvin Hall Road
Indian Land, SC 29707
movement.com

---------------- Original Message ----------------
**From:** Kayla Johns [kayla.johns@movement.com]
**Sent:** 7/23/2025, 11:37 AM
**To:** jennifer.w.hernandez@gmail.com; tli@movement.com; kathleen.hamilton@movement.com
**Subject:** RE: Termination of Employment

Hi Jennifer,

Thank you for reaching out. I am looping in dill to look into this.

Thank you,

**Kayla Johns, PHR** | Senior HR Generalist – AZ and VA Ops

**Office** (480) 781-0323 ext. 21283
**Fax** (480) 868-2163
**Office Hours** 8AM – 5PM
5500 W Chandler Blvd, Suite 3,
Chandler, AZ 85226
movement.com

 MOVEMENTMORTGAGE | MORTGAGES THAT MEAN **MORE**

Ask me about **Impact Lending**
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans are subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

---

**From:** Jennifer Hernandez <jennifer.w.hernandez@gmail.com>
**Sent:** Wednesday, July 23, 2025 8:32 AM
**To:** Kayla Johns <kayla.johns@movement.com>; Kathleen Hamilton <kathleen.hamilton@movement.com>
**Subject:** Re: Termination of Employment

Good Morning ladies

There is an attorney that is reaching out to me to obtain proof that I had returned my equipment back to you all. I didn't keep my confirmation of return and was hoping that perhaps there is a way that you can look this up on your end?
I am sorry for the hassle, I never would thought I would be reached to by an attorney for this?

Thank you so much for your help

On Fri, May 30, 2025 at 5:07 PM Kayla Johns <Kayla.Johns@movement.com> wrote:

Jennifer Hernandez,

This letter is to inform you that your position as a Processor II with Movement Mortgage was terminated effective **05/30/2025**. The nature of your employment is "at-will," therefore, the employment relationship can be terminated by either party at any time. Below please find helpful topics regarding your employment separation:

- **FINAL CHECK:** Your final paycheck or check stub (if direct deposit), will be issued according to the following:
  -
    - **Hourly/Salary/Draw:** paid on the pay date following your departure date, if not given to you at the time of your departure
    - **Commissions/Bonus:** paid based on funding date in accordance to Movement's established pay schedule. For any questions regarding your commission within 30 days of your separation date, please reach out to SalesComp@movement.com for assistance.
    - **PTO:** Any unused, accrued paid time off will be added to your final paycheck or check stub (if direct deposit)
    - *Any outstanding unearned advances will be due back to Movement and will result in the reduction of any commissions and override in accordance with your compensation schedule (Movement's Offer Letter Exhibit A) to the extent allowed by law.

- **EQUIPMENT:**
  -
    - It is very important that you return your Movement issued equipment, like your laptop, within **48 hours.**
    - You will receive an email from FedEx with instructions on returning your equipment. PLEASE NOTE: The email will come from commerce.test@genco.com and the subject line is "Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE".
    - If you've left your laptop with your manager or at your branch, please ensure they notify IT by emailing it@movement.com

- **W-2:** Your W-2 will be made available to you via Workday in January following the year that you separate from Movement. Please see below for instructions on how to access this.

- **WORKDAY:** You will still have access to Workday so you can pull your W-2s, paystubs, and any other pertinent payroll information. Following your termination date, you will receive two emails from movement@myworkday.com with instructions on how to access Workday.

- **COBRA CONTINUATION:** Attached is a summary of benefits detailing your benefits continuation options, along with the life insurance portability documents.

- **CONFIDENTIALITY:** You are expected to comply with each and every post-termination obligation owed to Movement Mortgage, as outlined in any applicable agreement between you and Movement Mortgage and Movement Mortgage policy. In accordance with our written policy, we have an expectation of confidentiality regarding the operations and procedures of Movement Mortgage. You are expected to refrain from directly or indirectly divulging to others the processes used to service Movement Mortgage's customers, or any other information considered proprietary or confidential by Movement Mortgage. You are expected to refrain from contacting the current employees of Movement Mortgage for the purpose of employment recruitment.

- **SOCIAL MEDIA/MARKETING (for licensed individuals):** Upon departure, please remove any and all association with Movement Mortgage from any and all marketing materials and social media profiles and platforms.

- **FEEDBACK:** Please take a few moments to complete the exit questionnaire task in your Workday inbox. Your feedback is important to us as we are always trying to improve.

We encourage you to contact Human Resources at hr@movement.com with any questions.

Thank you,

**Human Resources**

HR@movement.com
**Office Hours** 8AM – 5PM
8024 Calvin Hall Rd,
Indian Land, SC 29707
movement.com

 MOVEMENTMORTGAGE | MORTGAGES THAT MEAN **MORE**

Ask me about **Impact Lending**
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans are subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication."

thread:hDDDPtQ0XkjJ1wMLYpkyyM::

Notice to Recipient
The information contained in this email is confidential and intended solely for the addressee. Any unauthorized access, use, reproduction, or dissemination is prohibited. If you have received this e-mail in error, please notify us immediately and delete this copy from your system. EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING NMLS ID #2129 (www.nmlsconsumeraccess.org) This is not an offer to enter into an agreement. Information, rates, & programs are subject to change without prior notice and may not be available in all states. All products are subject to credit & property approval. Supreme Lending is not affiliated with any government agency. Supreme Lending, its subsidiaries and/or its affiliates shall not assume legal liability or responsibility for any incorrect, misleading, or altered information contained herein.

# EXHIBIT L

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF JOSEPH KEARNEY

1.      My name is Joseph Kearney.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on February 28, 2025.

3.      I returned my Movement-issued laptop within a week of resigning.

4.      I returned my Movement-issued laptop in person to Rob Gillon and informed Eric Formiller that I had returned it.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2-3, 2025.

_____      *Joseph Kearney*
Joseph Kearney

# EXHIBIT M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:25-cv-01790-B** |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF BRIAN KERANEN

1.      My name is Brian Keranen.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I gave notice of my resignation from Movement Mortgage, LLC ("Movement") on January 21, 2025.

3.      At the time of my resignation, I ensured that all Movement property, including my Movement-issued laptop, was left in my former office at Movement.  I never had possession of my Movement-issued laptop after the date of my separation from Movement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July <u>24</u>, 2025.

Signed by:

*Brian Keranen* _____

2F394CF89CCF4D7...

Brian Keranen

**Docusign**

## Certificate Of Completion

Envelope Id: E7CB2FAC-5F06-4AB4-9F95-C896E4D9DEDD
Subject: Complete with Docusign: Brian Keranen
Source Envelope:
Document Pages: 1
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-06:00) Central Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Emily Dworshak
14801 Quorum Drive, Suite 300
Dallas, TX  75254
Emily.dworshak@supremelending.com
IP Address: 66.162.208.6

### Record Tracking

Status: Original
    7/24/2025 10:48:00 AM

Holder: Emily Dworshak
    Emily.dworshak@supremelending.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Brian Keranen<br>brian.keranen@supremelending.com<br>Regional Manager<br>Security Level: Email, Account Authentication (None) | *Signed by:*<br>Brian keranen<br>2F394CF89CCF4D7...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 76.94.114.222 | Sent: 7/24/2025 10:49:37 AM<br>Viewed: 7/24/2025 10:59:33 AM<br>Signed: 7/24/2025 10:59:45 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 7/24/2025 10:59:33 AM<br>    ID: b6d4bec2-076e-444f-9241-408a3f9361e3 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Cody Nett<br>Cody.Nett@supremelending.com<br>CLO<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/24/2025 10:59:45 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 7/14/2025 12:47:20 PM<br>    ID: c02e8bbe-5852-4045-806c-05f8eb3a594e | | |
| Matt Ray<br>mattr@silveradearyray.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/24/2025 10:59:46 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/24/2025 10:49:37 AM |
| Certified Delivered | Security Checked | 7/24/2025 10:59:33 AM |
| Signing Complete | Security Checked | 7/24/2025 10:59:45 AM |
| Completed | Security Checked | 7/24/2025 10:59:46 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Supreme Lending - Corporate Account (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Supreme Lending - Corporate Account:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: Vendormanagement@supremelending.com

**To advise Supreme Lending - Corporate Account of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at
Vendormanagement@supremelending.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Supreme Lending - Corporate Account**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to
Vendormanagement@supremelending.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Supreme Lending - Corporate Account**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

   i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
   ii. send us an e-mail to Vendormanagement@supremelending.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..
   The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies  •Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time

providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Supreme Lending - Corporate Account as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Supreme Lending - Corporate Account during the course of my relationship with you.

85

# EXHIBIT N

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF TRASI KING</u>

1.      My name is Trasi King.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I was terminated from Movement Mortgage, LLC due to a reduction in force in April 2025.  My separation agreement is dated April 4, 2025.

3.      I had two Movement-issued laptops and returned both on April 8, 2025.  Movement provided a FedEx shipping label via email on April 6, 2025 which I used for the return.  Attached as **<u>Exhibit 1</u>** hereto is a true and correct copy of this April 6, 2025 email.

4.      Attached as **<u>Exhibit 2</u>** hereto is a true and correct copy of my April 8, 2025 receipt from FedEx showing the two confirmation numbers for the shipment of these laptops to Movement.

5.      Attached as **<u>Exhibit 3</u>** and **<u>Exhibit 4</u>** hereto are true and correct copies of the tracking information from FedEx.com that shows these laptops were delivered to Movement on April 9, 2025 at 9:58 a.m.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July <u>07/23/2</u>2025.

*Trasi King*
<span style="font-size:xx-small">Trasi King (Jul 23, 2025 12:39:14 EDT)</span>
_____
Trasi King

# **<u>EXHIBIT 1</u>**

-------- Original message --------
From: noreply@Fedex.com
Date: 4/6/25 10:04 PM (GMT-05:00)
To: TRASIKING@COMCAST.NET
Subject: Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting



# Your digital label is ready.

Hello Trasi King,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to <u>FedEx Office</u> to receive your packaging and shipping label.



**RMA Number:** FDX1RT25841407

1

90

**Suggested participating FedEx Office locations:**

**FedEx Office Print & Ship Center**     **2.04mi**

3000 Proprietors Place

Mount Pleasant, SC 29466

(843) 800-6441

**FedEx Office Print & Ship Center**     **4.74mi**

1795 N Hwy 17

Mount Pleasant, SC 29464

(843) 856-3308

**FedEx Office Print & Ship Center**     **10.84mi**

73 Saint Philip St

Charleston, SC 29403

(843) 723-5130

## Shipment summary

Ship to: MOVEMENT MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1

This email has been sent to: TRASIKING@COMCAST.NET.

©2025 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

View as webpage

# **<u>EXHIBIT 2</u>**



Store #: 2495

Date: 04/08/2025          Time: 09:57 AM

RMA: 25841407

Tracking #: 797296404592, 797296404630

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|---|---|---|
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

3000 Proprietors Place

Mount Pleasant, SC 29466

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

93

# **<u>EXHIBIT 3</u>**



**Tracking ID:**     797296404592

## ✅ Delivered
Wednesday, 4/9/25 at 9:58 AM

Signed for by: JJAMES

→ **View more details**

⤓ **Obtain proof of delivery**

**From**
Mt. Pleasant,SC US

**To**
FORT MILL, SC US

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025
Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices

# **EXHIBIT 4**

 

**Tracking ID:** 797296404630

 **Delivered**

Wednesday, 4/9/25 at 9:58 AM

Signed for by: JJAMES

→ **View more details**

⬇ **Obtain proof of delivery**

**From**
Mt. Pleasant,SC US

**To**
FORT MILL, SC US

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025
Site Map | Terms of Use | Privacy & Security | Ad Choices

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-01790-B |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF JIM KOVAL

1.      My name is Jim Koval.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I was terminated from Movement Mortgage, LLC on March 14, 2025.

3.      I returned my Movement-issued laptop in April 2025 via FedEx and used a shipping label provided by Movement.  Attached hereto as **Exhibit 1** is a true and correct copy of the FedEx receipt for this shipment.  Attached as **Exhibit 2** is a true and correct copy of the tracking information from FedEx.com that shows Movement's receipt of the package.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2025.

Jim Koval

27276736 v1

99

# <u>EXHIBIT 1</u>



Store #: 0336

Date: 04/24/2025          Time: 02:43 PM

RMA: 25645968

Tracking #: 797251372896

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

31886 DEL OBISPO ST

Ste D4

San Juan Capistrano, CA 92675

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# EXHIBIT 2

 

Tracking ID: 797251372896 

✅ Delivered
Tuesday, 4/29/25 at 9:41 AM

Signed for by: MMANAGER

→ **View more details**

⬇ **Obtain proof of delivery**

**From**
Laguna Niguel,CA US

**To**
FORT MILL, SC US

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025
Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices

# EXHIBIT P

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF JERROD LONGORIA</u>

1.      My name is Jerrod Longoria.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I provided Movement Mortgage, LLC two-weeks notice of my resignation on January 19, 2025 and was immediately terminated.

3.      I returned my Movement-issued laptop on January 19, 2025 in-person by leaving it with Eric Formiller at the Culver City office.

4.      Despite the fact that I had left the laptop with Movement on my last day of employment, I received an email from FedEx with a return label for my Movement-issued laptop on April 14, 2025.  Attached as <u>**Exhibit 1**</u> hereto is a true and correct copy of that email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July _23_ , 2025.

_____
Jerrod Longoria

# **<u>EXHIBIT 1</u>**

 Gmail

Jerrod Longoria <jerrod.longoria@gmail.com>

---

**Your FedEx Shipping Information for RMA MOVEMENT MORTGAGE - Reporting**
1 message

---

**noreply@fedex.com** <noreply@fedex.com>                                    Mon, Apr 14, 2025 at 7:40 AM
To: jerrodlongoria@gmail.com

---



# Your digital label is ready.

Hello Jerrod Longoria,

MOVEMENT MORTGAGE - Reporting has coordinated packaging and shipping services for you.

Simply take your item(s) and this email to FedEx Office to receive your packaging and shipping label.



**RMA Number:** FDX1RT25906913

**Suggested participating FedEx Office locations:**

**FedEx Office Print & Ship Center**     **2.15mi**
5575 S Sepulveda Blvd
Culver City, CA 90230
(310) 313-2578

**FedEx Office Ship Center**     **2.6mi**
8950 W Olympic Blvd
Beverly Hills, CA 90211
(310) 285-9591

**FedEx Office Ship Center**     **2.9mi**
1925 Century Park E
Century City, CA 90067
(310) 203-9928

Shipment
summary

Ship to: MOVEMENT
MORTGAGE - Reporting

Item(s):

2556456 DEFAULT ITEM - 1
Note:

return movement laptop

This email has been sent to  jerrodlongoria@gmail com

©2025 FedEx. The content of this message is protected by copyright and trademark laws under U S  and international law  Review our privacy policy  All rights reserved.

View as webpage

# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOVEMENT MORTGAGE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-01790-B |
| EVERETT FINANCIAL INC. d/b/a | § | |
| SUPREME LENDING, | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF TINA NIKKHAH

1.    My name is Tina Nikkhah.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.    I resigned from Movement Mortgage, LLC on April 18, 2025.

3.    I returned my Movement-issued laptop on April 24, 2025.

4.    My personal assistant took the laptop to FedEx and returned it with a pre-paid label.

5.    Attached as **Exhibit 1** is a true and correct copy of my shipping receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025.

_____
Tina Nikkhah

111

# EXHIBIT 1

Store #: 0366

Date: 04/24/2025          Time: 03:51 PM

RMA: 25961819

Tracking #: 797319708487

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556456_DEF AULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

22972 MOULTON PKWY

Ste 109

Laguna Hills, CA 92653

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

113

# EXHIBIT R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MOVEMENT MORTGAGE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-01790-B |
| EVERETT FINANCIAL INC. d/b/a | § | |
| SUPREME LENDING, | § | |
| | § | |
| *Defendant.* | § | |

**DECLARATION OF MELISSA PEARCE**

1.      My name is Melissa Pearce.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I was terminated from Movement Mortgage, LLC on March 13, 2025.

3.      I returned my Movement-issued laptop to the Irvine office on March 25, 2025.

4.      Attached as **Exhibit 1** is a true and accurate copy of my text messages on March 25, 2025 with Courtney Gillyard, a Movement representative.

5.      Attached as **Exhibit 2** is a true and accurate copy of a photo of my returned laptop taken at the Irvine office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025.

Melissa Pearce

27276734 v4

115

# EXHIBIT 1



**Left conversation — Courtney**

Fri, Mar 14 at 3:03PM

Hey! I know the MMPC trip is at the end of the month but let me know if you'll be in the office on the 26th/27th to handle the fire extinguisher stuff or I can make sure I'm available to take care of it

Edited

> Hi! I was terminated yesterday because Brady doesn't want me to go to PC. Sorry I can't help!

WHAT

OMG

Let me know if you need anything at all!

> Thanks! I appreciate that 😊 Miss you!

I dont know if they gave you instructions or anything for your laptop and stuff, but just leave it at the office and I can take care of everything. Going to miss you!

Fri, Mar 14 at 3:43PM

> Thanks - they haven't yet but said they would. Not planning to drive to the office to drop it off. Let me know if you want any or all of my gear and I can meet up with you. 😊

Mon, Mar 24 at 11:20 AM

> Hi! I'm thinking of heading up that way today. Do you know of anyone is there? I could drop off my computer and keycard (I have the good one)

Hey! I think Rob is the only person in the office today

> Ok. I think I'm going to head that way

Tue, Mar 25 at 1:29PM

**Right conversation — Courtney**

Tue, Mar 25 at 1:29PM

Cool. I'll grab it next time I'm in the office. Thanks

> Thanks! I wasn't planning on driving up here, but I had to run by the airport for something anyways. I appreciate you taking care of it and I miss you and for the record if I had had any heads up, I would've told you before it all went down, but I didn't, but I do respect you enough that I would have

> Also, can you just make sure that Natalie for Nelly knows that that donation stuff is still sitting here because it was kind of leaving the charge on that and it was her people who needed it the most and the fact that it's still sitting here is like insanely pathetic, but if you wouldn't mind, just letting her know, that would be totally awesome

Can't believe any of this. Such a shame. But keep in touch! You'll be missed. And I'll reach out

# EXHIBIT 2



# EXHIBIT S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

### DECLARATION OF MARK PRESTON

1.      My name is Mark Preston.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on March 3, 2025.

3.      I returned my Movement-issued laptop in-person that same day by placing it, along with my keycard, in the office chair of Courtney Gilyard (the Irvine Office Manager).  I confirmed this in an email (also dated March 3, 2025) to Courtney Gilyard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July **23**, 2025.

_____
Mark Preston

27276730 v2

121

# EXHIBIT T

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

**<u>DECLARATION OF EMILY ROHMER</u>**

1.       My name is Emily Rohmer.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.       I resigned from Movement Mortgage, LLC on January 10, 2025

3.       I returned my Movement-issued laptop on June 11, 2025 with a pre-paid shipping label.

4.       The shipping label was sent to my personal email address, and I did not check that inbox frequently. Once I checked that inbox and saw the shipping label, I returned the laptop.

5.       Attached as **<u>Exhibit 1</u>** is true and correct copy of my shipping receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July <u>23</u> , 2025.

*Emily Rohmer*
_____
Emily Rohmer

123

# EXHIBIT 1



# EXHIBIT U

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF SUE ROLLER

1.      My name is Sue Roller.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on May 9, 2025.

3.      I returned my Movement-issued laptop with a FedEx pre-paid shipping label on May 12, 2025. Attached as **Exhibit 1** is a true and correct copy of the receipt from FedEx showing the tracking number for the shipment to Movement.

4.      Attached as **Exhibit 2** is a true and correct copy of a confirmation email from FedEx.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2025.

_Sueann Roller_
_____
Sue Roller

127

# EXHIBIT 1



Store #: 2182

Date: 05/12/2025          Time: 03:46 PM

RMA: 26138571

Tracking #: 797361769335

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|-----|-----|-------------|
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

2406 W Parmer Ln

Ste 94

Austin, TX 78727

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --                              129

# EXHIBIT 2

 Gmail                                                    SueAnn Roller <sroller57@gmail.com>

# MOVEMENT MORTGAGE - Reporting Return Accepted by FedEx Office on 05/12/2025 02:46 PM
2 messages

**CSS.Team@fedex.com** <CSS.Team@fedex.com>                          Mon, May 12, 2025 at 2:46 PM
To: sroller57@gmail.com

Sue Roller,

Thank you for using FedEx Office to initiate your return.

Attached is a copy of the receipt you received at FedEx Office confirming that your return has been accepted in our store. If you have any questions about your return, please contact the retailer's customer service department or track your return at fedex.com.

Thanks,

The Team

---

 **Customer Shipment Receipt.pdf**
6K

---

**SueAnn Roller** <sroller57@gmail.com>                              Tue, Jun 10, 2025 at 5:22 PM
To: sueann.roller@supremelending.com

Sent from my iPhone

Begin forwarded message:

> **From:** CSS.Team@fedex.com
> **Date:** May 12, 2025 at 2:46:50 PM CDT
> **To:** sroller57@gmail.com
> **Subject: MOVEMENT MORTGAGE - Reporting Return Accepted by FedEx Office on 05/12/2025 02:46 PM**

[Quoted text hidden]

---

 **Customer Shipment Receipt.pdf**
6K

# EXHIBIT V

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-01790-B |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF BRANDON ROY

1.      My name is Brandon Roy.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on March 31, 2025.

3.      Movement initially indicated that someone would pick up my Movement-issued laptop, but no one ever came to pick it up.

4.      Movement then sent me a FedEx return label.  I used this label to return my Movement laptop on April 7, 2025.  Attached as **Exhibit 1** is a true and correct copy of the receipt from FedEx showing the tracking number for the shipment to Movement.

5.      Attached as **Exhibit 2** is a true and correct copy of the tracking information from FedEx.com showing that the laptop was delivered on April 15, 2025 at 10:04 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23 2025.

Brandon Roy

27276714 v1

133

# **EXHIBIT 1**



Store #: 0939

Date: 04/07/2025        Time: 03:51 PM

RMA: 25813824

Tracking #: 797286640930

Ship Method: Ground

**Items Returned:**

| Qty | SKU | Description |
|---|---|---|
| 1 | 2556456_DEFAULT_ITEM | 2556456 DEFAULT ITEM |

**FedEx Office Drop-off Location:**

2612 Bothell-Everett Hwy


Bothell, WA 98021

**Merchant Return Address:**

MOVEMENT MORTGAGE - Reporting

8024 CALVIN HALL RD

FORT MILL, SC 29707-8737

Track this shipment at FedEx.com

-- Customer Copy --

# EXHIBIT 2

**FedEx.**     ☰

Tracking ID:    797286640930  📋 <

⋮

✓ Delivered
Tuesday, 4/15/25 at 10:04 AM

Signed for by: MMANAGER

→ **View more details**

↓ **Obtain proof of delivery**

**From**
BOTHELL,WA US

**To**
FORT MILL, SC US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

🌐  United States

**FOLLOW FEDEX**      

© FedEx 1995-2025
Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices

# EXHIBIT W

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:25-cv-01790-B** |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF JON SHIMAZAKI

1.      My name is Jon Shimazaki.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I resigned from Movement Mortgage, LLC on April 8, 2025.

3.      I returned my Movement-issued laptop to the office in-person on April 16, 2025. The office was unlocked and I texted Eric Formiller to provide notice that the laptop was returned.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the text I sent to Mr. Formiller on April 16, 2025 regarding the return of the laptop.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025.

_____
Jon Shimazaki

# <u>EXHIBIT 1</u>



**Eric** ›

Wed, Apr 16 at 8:15 AM

Hey Eric! I hope everything is going well! My last loan Yazdi funded today fyi. I left my computer at the office. No one was there but the door was open. Thanks for everything!

We're changing our he doors at the office so they lock now but I appreciate the heads up



# EXHIBIT X

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | 1§ | |
| | 1§ | |
| *Plaintiff,* | 1§ | |
| | 1§ | |
| **v.** | 1§ | **Civil Action No. 3:25-cv-01790-B** |
| | 1§ | |
| **EVERETT FINANCIAL INC. d/b/a** | 1§ | |
| **SUPREME LENDING,** | 1§ | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF SARAH MIDDLETON

1.      My name is Sarah Middleton.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I have been the Chief Growth Officer ("CGO") at Supreme Lending ("Supreme") since February 3, 2025.  I was previously employed by Movement Mortgage, LLC ("Movement") from August 1, 2022 through January 9, 2025 as its CGO.

3.      As Chief Growth Officer at Movement, I was responsible for managing recruitment, loan officer growth, coaching (through Movement's coaching arm given the moniker "Impact"), training, the reverse mortgage division, the VA advisory group, the internal lead generation team, the product advisory group, and the diversity group.  At Movement, I was never employed as a loan officer and was not involved in loan generation or production.

4.      I understand that Movement has made allegations related to "notes" and "notebooks."  It is not clear to me what they are referencing.  While at Movement, I participated in quarterly executive meetings.  During these meetings, each executive was given a notebook or binder containing documents relevant to the meetings.  Each executive was assigned their own

notebook.  While individuals were permitted to take notes in these notebooks, generally, I did not.  Alicia Malpiedi, Movement's Chief of Staff, would take meeting minutes which were later distributed to the executive team.  After each meeting, I returned my notebook to Sally Gregory, Casey Crawford's executive assistant.  I never took the notebook home with me.  Nor did I ever make copies of the notebooks or their contents.

5.      Separately, for 35 years, I have consistently kept a daily journal which I use as a therapeutic and organizational device.  I have used these journals to keep track of a variety of personal things including the following: daily calendar, to-do lists, prayer lists, home projects, personal thoughts, goals, etc.  I also use my journal to take notes on conversations I have in order to help remember them.

6.      It would not have been my practice to use these journals to record or memorialize confidential Movement information.  I do not believe these journals contain any Movement trade secret information.

7.      Regardless, I do not return to completed journals to review or reference  them. And any journals that I would have used during my time at Movement were placed in a closet in my home.  I have not looked at or had any reason to revisit them.  None of those journals have been available to or copied for Supreme.   No copies of any information contained in these journals exist.

8.      Additionally, I sent all my journals from the August 2022 – January 2025 time period that I was employed by Movement to one of Supreme's outside litigation counsel, Darryl Silvera, on June 24, 2025.  Therefore, only outside counsel for Supreme currently has access to my journals.

2

9.      Regarding my coaching role, which I understand Movement has also raised in its legal filings, I only directly coached approximately a dozen loan officers and management employees for varying periods of time.  Coaching sessions consisted of one-on-one meetings with the specific loan officer or mentee and were geared at assisting them in growing their business and guiding them in the industry.  All information discussed during coaching sessions was confidential, and all of Movement, the individuals, and I understood that information exchanged in those meetings would stay confidential between the individuals and me. I did not report what was discussed during these sessions to Movement.  Throughout my time at Movement, I became friends with many employees, including some of the individuals I coached.

10.      By the time I left Movement, I had managed to help grow Movement's top-line revenue by more than a billion dollars.  This was particularly impressive given that 2022 through 2024 was widely considered to be one of the worst markets for this industry in history, driven by, among other things, high interest rates and collapsing margins.

11.      Nevertheless, and despite verbal commitments made by Movement during my hiring process, I never received any bonuses at Movement.

12.      I was also promised that I would receive additional compensation for coaching loan officers and management employees.  Movement, though, never provided me with any additional compensation for these coaching sessions.  I understand that although the individuals I coached paid Movement, Movement has retained those payments.

13.      After working at Movement for some time, I began to lose faith in Movement leadership.  I believed that there was a revolving door in the executive ranks that resulted in inconsistency and a lack of direction.

3

14.    Although Movement stated in its legal filings that I resigned from Movement because I was not given the Chief Financial Officer ("CFO") position, I never sought that position.  Nor would I want that position, as I am not a certified public accountant or otherwise licensed in accounting.  In fact, I did not know that Movement was looking for a new CFO, or that Smith's role would be as both CFO and President of Movement, until Casey Crawford informed me that Movement hired Steve Smith for both roles.

15.    Naturally, I was disappointed to learn that Movement had decided to hire Steve Smith as President, in addition to CFO,  without considering me, despite my holding the President title at the number one independent mortgage banker, Fairway Independent Mortgage, during my prior tenure.

16.    Additionally, I witnessed a deterioration in Movement's culture, including what appeared to me to be a course conduct and disrespect for women.  In addition to terminating a number of women executives and replacing them with men, I do not agree with how Movement handled allegations of sexual misconduct against women in the workplace.

17.    Based on these factors, I decided to leave Movement in late December 2024.  I explored opportunities to various degrees with approximately fifteen companies, including CrossCountry Mortgage, CMG Financial, and GO Mortgage, before ultimately choosing Supreme.

18.    I resigned from Movement on January 3, 2025.  After I resigned, Movement terminated me on or around January 9, 2025.

19.    After I resigned, many Movement employees noticed and contacted me directly and unsolicited.

20.    I started at Supreme on February 3, 2025.

4

21.     On January 28, 2025, nearly seven months ago, I emailed Movement IT requesting a FedEx return label so that I could return my laptop to Movement. It was ignored. I emailed five more times, each of which was ignored, too. True and accurate copies of my emails to Movement IT are attached to this Declaration as Exhibit 1.

22.     Consequently, I delivered my Movement-issued laptop to Supreme's IT group on June 3, 2025, with instructions to ship it to Movement's headquarters address to the attention of Movement HR. At that point, the laptop was no longer in my possession. Due to a miscommunication, however, I understand IT did not actually ship the laptop to Movement until July 24, 2025, at which point it mailed it to at 8024 Calvin Hall Rd., Indian Land, South Carolina 29707. I also understand that Supreme IT did not attempt any access into the laptop at any point. A true and accurate copy of the shipping label for my Movement-issued laptop is attached to this Declaration as Exhibit 2.

23.     After my resignation from Movement on January 3, 2025, I did not access any Movement documents or information on the laptop or elsewhere.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 25, 2025.

_Sarah Middleton_
_____
SARAH MIDDLETON

# EXHIBIT 1

**From:** Sarah Middleton <sarahmiddleton5088@gmail.com>
**Sent:** Thursday, February 6, 2025 10:30 AM
**To:** assetmgmt@movement.com; Blalock, Joseph
**Subject:** Re: Asset Recovery - Return of MM Equipment

Serial follow up

Let me know!

Thank you

Sarah
Sent from my iPhone

> On Jan 31, 2025, at 10:00 AM, Sarah Middleton <sarahmiddleton5088@gmail.com> wrote:
>
> Following up yet again.
>
> Send next steps
>
> Sarah
> Sent from my iPhone

>> On Jan 30, 2025, at 7:55 AM, Sarah Middleton <sarahmiddleton5088@gmail.com> wrote:
>>
>> Following up
>>
>> Let me know next steps.
>>
>> Thank you,
>> Sent from my iPhone

>>> On Jan 29, 2025, at 2:04 PM, Sarah Middleton <sarahmiddleton5088@gmail.com> wrote:
>>>
>>> Hi
>>>
>>> Following up
>>>
>>> Let me know next steps.

Thank you,
Sent from my iPhone


On Jan 28, 2025, at 1:38 PM, Sarah Middleton
<sarahmiddleton5088@gmail.com> wrote:

I have one small computer.

That's it.

36 Fairway lane
Littleton co 80123
Sent from my iPhone


On Jan 28, 2025, at 12:44 PM,
Sarah Middleton
<sarahmiddleton5088@gmail.co
m> wrote:

Not received the fed ex fyi

Please resend.

Thank you
Sent from my iPhone


On Jan 28, 2025, at
12:21 PM, Asset
Management
<assetmgmt@move
ment.com> wrote:


Hi ,

         We're
contacting you
regarding your
Movement Mortgage
hardware return. You
should have received
an email to your
personal email
address from FedEx
with instructions on
returning those

2

150

items (Please check your spam folder). The email contains a QR code to use at the nearest provided FedEx location.  Bring your unboxed hardware, show them the QR code and hand off your items. FedEx will package and ship the items for you in one stop.

If you have not received that email from FedEx, please let us know so we may look into this issue. In the meantime, if you will fill out the information below, we'll send you another FedEx QR code to have your hardware returned. Please answer the following questions so we can generate the QR code:

1. What is your shipping address?
2. What is your phone number?
3. The best Email to send the QR code to if not this one.
4. What equipment is being returned?

Here is a list of items you may have received: Laptop, Laptop AC Adapter (Power cord), Docking Station, Docking Station AC Adapter, Monitor(s), Associated Cables, Polycom Phones, Printers (excluding Pitney Bows)

3

If your equipment was left or dropped off at a branch location, please provide the branch and manager name so we can reach out to them directly.

Thank You,
**Asset Management Team**

**Office Hours** 8AM – 5PM

8024 Calvin Hall Road
Indian Land, SC 29707
movement.com

<Pasted image.png>

**Ask me about Impact Lending**.
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

"Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and propriety business communication. It is intended solely for the use of the designated recipients(s). If this

4

communication is
received in error, please
contact the sender and
delete this
communication."

Ref:MSG11414398

# EXHIBIT 2



**You have a package coming.**

**Estimated Delivery Date:**   Friday, 07/25/2025

**Estimated Delivery Time:**   by 7:00 PM

This message was sent to you at the request of SUPREME LENDING to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| | |
|---|---|
| **From:** | SUPREME LENDING |
| **Tracking Number:** | 1ZY82535NW93871584 |
| **Ship To:** | ATTN : Human Resources<br>Movement Mortgage<br>8024 Calvin Hall Rd.<br>INDIAN LAND, SC 29707<br>US |
| **UPS Service:** | UPS NEXT DAY AIR SAVER |
| **Number of Packages:** | 1 |
| **Weight:** | 8.0 LBS |
| **Reference Number 1:** | Sarah Middleton |

© 2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**

155

# EXHIBIT Y

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | §§ | |
| | § | |
| *Plaintiff,* | §§ | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01790-B** |
| | § | |
| **EVERETT FINANCIAL INC. d/b/a** | § | |
| **SUPREME LENDING,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF MICHAEL NASSERFAR</u>

1.      My name is Michael Nasserfar.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am currently employed as a Regional Manager and Builder Loan Officer at Supreme Lending ("Supreme").  I was previously employed by Movement Mortgage, LLC ("Movement") from June 2018 to May 2025 as a Market Leader in Austin, Texas and vice president of its Texas Builder Division.

3.      Over the course of my career in the mortgage industry, I have developed a specialization in partnering with and servicing builders with home lending products for their customers who are purchasing newly constructed homes.  This has been my professional focus for more than a decade, including at multiple employers before I joined Movement.  When builders develop new communities, they frequently engage with mortgage lenders to provide loans to prospective buyers on favorable terms, as a way of further incentivizing those buyers to opt for new construction over other alternatives.

4.      As part of this specialization, I work closely with builders, real estate agents, and buyers to tailor an offering of lending products based on the needs of each individual project.  As a result, I have developed and cultivated a network of contacts at numerous builders across my region, including Empire Homes, Century Communities, and Saratoga Homes.  While I drew upon and expanded these contacts to source loans during my time at Movement, I developed them solely through my own efforts, and the vast majority, including for the aforementioned builders, predate my time at Movement.  None of these builders had formal contracts or exclusive referral relationships with Movement, and none did any meaningful volume at Movement prior to my arrival.

5.      Within the builder market niche, a primary goal is establishing preferred lender programs with such builders.  By partnering with builders on favorable terms, a mortgage lender can increase the number of loans such builders elect to refer to them and thereby grow market share.

6.      During the latter part of my tenure at Movement, I grew increasingly frustrated with its product offering, dedication, and approach to its builder platform.  I repeatedly flagged opportunities to numerous members of Movement's leadership team starting in March 2023, including Brady Yeager (National Sales Director), Jason Stenger (Chief Operations Officer), Caroline Payne (SVP Capital Markets), Terry Barrett (Director – National Builder Division), Christine Madrid (West Division Builder Director), Matt Schoolfield (Divisional Leader), Bart Evans (Regional Director), and Joe Thompson (Regional Director).  Despite these efforts over the course of more than two years, Movement largely ignored me.  Movement management refused to engage in even the most minimal ways to solidify and expand existing relationships, let alone create full-scale builder programs that I had been imploring Movement to adopt and

that were necessary to successfully compete in this market. And despite arranging opportunities for executive level contact or meetings, those requests, too, went unfulfilled.

7.      Movement's delay and ultimate inability to provide competitive builder programs and loan terms both hampered my ability to both compete for new business and reduced business from my existing builder contacts, often significantly. As a result, I made the decision to pursue other opportunities. Among the companies I considered before choosing Supreme were CMG Mortgage, loanDepot, InterLinc, Service First, FC Lending, and Primis Bank.

8.      I resigned from Movement on May 2, 2025 and started at Supreme on May 5, 2025.

9.      In conjunction with my resignation, I exchanged emails with Movement IT and HR on May 8, 2025 requesting the best way to return my Movement-issued laptop and extract the personal information I had stored on it, including personal photos. A true and correct copy of that email is attached as Exhibit 1. Movement IT sent a shipping label for me to return the laptop and its HR personnel approved my request to extract the personal information, indicating they would follow up with instructions on how to do so.

10.     On May 14, 2025, Movement IT sent a remote access link to facilitate the extraction process. I then called Movement IT directly and had it assist me with the extraction of the personal data, which Movement indicated it needed to review internally before it could authorize a transfer.

11.     On May 20, 2025, I received an updated shipping label from Movement to return the laptop, but I still had not heard from Movement regarding the status of my personal information. I followed up with Movement IT and HR, which indicated that they had not completed the extraction analysis.

12.     After going nearly three weeks without any update, Movement finally indicated that it had completed the extraction analysis and authorized the transfer of my personal information.  A true and correct copy of the email is attached as Exhibit 2.  After completing the transfer, I shipped the laptop back to Movement on or around June 11, 2025.

13.     I maintain a personal Google Drive on which I also store my family photographs, financial information, and other private documents.  During my time at Movement, I further used this Google Drive to store certain work product.  As I was working a particular lead, I would input my notes and working information about my self-generated and self-sourced potential loans into a self-created Tracker spreadsheet I kept on the Google Drive.  Other Movement employees, including its Chief Information Officer, Lyra Waggoner, would be contacted to request updated information about clients and loans that I brought in and closed at Movement and provide a .CSV file for input into the Tracker.

14.     I would often present information during meetings directly from documents stored on my Google Drive, as well as giving others at Movement access and editing permissions to live documents as necessary to perform their duties.  When I started at Movement in 2018, I provided multiple employees access to the Google Drive, including my fellow loan officer Darrin Hoffman.  My supervisors at Movement were aware of my and others' use of Google Drive and Google Docs and permitted it.  This includes, among others, Regional Managers, Chris Blevins, Chad Earnest, Kelly Rogers, Bart Evans, and Joe Thompson, as well as National Sales Directors Tony Taveekanjana, Matt Schoolfield, and Brady Yaeger.  Additionally, several people in Operations knew about my Tracker document kept in my Google Drive.  I referenced it frequently as an exemplar for the functionality I needed, such as during trainings for Movement's CRM, "MORE," which was clunky and not user-friendly.  I spoke with Waggoner

4

and the MORE training team and showed them my Google Tracker. Other individuals in operations would have included Trish Bush, Jenny Houston, Charri Albrecht, and Antoinette Hendryx.

15.     In fact, Movement's Chief Marketing Officer Jake Fehling, once instructed all loan officers at Movement to back up their CRM databases when Movement was transitioning to a new platform and implied that they should offload their databases to their own personal storage systems in the interim. Movement also allowed its loan officers to utilize and export information to third-party CRM solutions on an individual basis, including CANDID, a platform started by a former Movement loan officer, which I used for approximately three to four months in 2021 before switching back to my own Tracker system on my Google Drive.

16.     I have reviewed Movement's allegations that I misappropriated supposed trade secret and confidential information, including the list of documents and other information Movement contends that I stored on my Google Drive. These allegations are inaccurate and do not reflect what is actually stored on the Drive.

17.     I regularly accessed information on Movement's DOMO system during my employment there pursuant to my job duties. But contrary to what Movement alleges, I never systematically exported or downloaded reports or other information from DOMO to my Google Drive at the time I left Movement. Nor did I otherwise intend to take any such information upon my departure.

18.     After reviewing the contents of my Google Drive, I was only able to locate a single report that may have come from DOMO, entitled "REFI LEADS 03-21.xlsx," which lists various loans that my team and I closed at Movement to evaluate for potential refinancing opportunities. I am unsure if this is what Movement is referencing when it cites to a "REFI

5

OPPS" report, but I periodically transferred my and my team's closed loan information, which was sent to me in .CSV files from DOMO, to the REFI LEADS spreadsheet. Indeed, I specifically advised Lyra Waggoner, Movement's CTO, that I would be using a Google Document to better sort my past client database to research possible refinance candidates. She did not object.

19.    The "REFI LEADS 3-21" spreadsheet is not particularly useful from a commercial standpoint, as rates remain high across the industry, meaning most borrowers are not interested in refinancing. And, even if rates were to drop, such refinancing opportunities are not a focus of my industry niche, since new construction borrowers typically get lower rates than are available for refinancing. More to the point, I have never used this information to compete against Movement or even accessed it for such a purpose since leaving Movement, and would readily delete it or return it upon request.

20.    I was periodically emailed a "Market Share Report" and other reports on an automatic basis during my time at Movement, but do not have any saved to my Google Drive and did not otherwise take any with me when I left Movement. After I lost a major builder account in July 2024 due to Movement's refusal to craft competitive loan programs, I began accessing these DOMO reports, along with the "REFI LEADS 3-21" spreadsheet, to consider refinance opportunities.

21.    Movement's "Closed Builder Relationship Director" is an in-house Movement list where loan officers could designate builders with whom they had a close relationship and prevent other loan officers at the company from working with those builders. I used this list while at Movement when I or another loan officer wanted to pursue a given builder and we needed to check if it was a "closed," or internally exclusive, account. But I never placed my

builder partners on this list while at Movement, it is not on my Google Drive, and I did not otherwise take it with me when I left.

22.    As for the other types of DOMO reports Movement lists, including "Ultimate_Loan_Pull" and "Builder Dashboard," I do not know what Movement is referencing, but I do not have anything fitting those descriptions on my Google Drive.

23.    What I do have on my Google Drive is my self-created Tracker spreadsheet, referenced earlier, which I created prior to my time at Movement and which I have always used, and continue to use, to do my job on a day-to-day basis.  I believe this document is what Movement is referencing when it lists various categories of "tabs" on my Google Drive in its allegations and cites an email between its in-house counsel and my former colleague, Darrin Hoffman, who had access to the Tracker while we were at Movement.  The Tracker is my independently maintained work product, has always traveled with me from job to job, and does not contain any Movement confidential information.

24.    The "PIPELINE" tab in the tracker contains loans that are approved for closing (but might not close for any number of reasons), in chronological order separated by month, along with data pertaining to key loan terms, pertinent dates, and my personal notes for each. For a period of time shortly after my departure from Movement, this tab contained Movement loans, but only so that I could verify whether those loans had closed at Movement within thirty days or not.  This was important to me from a customer-service perspective, so that I could assist if necessary after my departure, but also to ensure that I received post-separation compensation to which I was contractually entitled under my Movement employment agreement.  Now that those Movement closing and compensation windows have passed, the Pipeline tab consists entirely of loans that I have generated since joining Supreme that are scheduled for closing in

7

July and the coming months.  At no point did I ever use any confidential Movement information in the Pipeline tab to compete with Movement, nor could I do so going forward, given that Supreme loan information has supplanted anything I might have been working on nearly three months ago.  Residential real estate transactions in the builder segment move quickly, often two weeks from lead to close, and, therefore, information becomes stale quickly.  It would not be my practice to fixate on historical loans that did not close at Movement, but rather to focus on new opportunities I can win moving forward.

25.    The "LEADS" tab in the Tracker corresponds to a list of prequalified current leads under thirty days old that still have work to be done to proceed to closing, along with my notes on each.  I track these leads by input date, i.e., the first date that I started working with a particular borrower.  The input dates on all of my current leads correspond to outreach I initiated after my May 5, 2025 start date at Supreme.  There are no leads in the Leads tab that were generated or worked while I was still at Movement, and I never used any such leads to try to compete against Movement.  Even while at Movement, these leads were always self-generated.  Nor is there any other confidential Movement information in this tab that could be used competitively, as these are all my own leads from my time at Supreme.

26.    There is also a "HISTORY" tab in the tracker that corresponds to leads older than thirty days that I was unable to successfully close, as well as a tab called "BUSTED" that corresponds to leads that never prequalified for various reasons.  I would have to cross-reference to see if any of these older leads correspond to loans I pursued during my time at Movement, as I have not attempted to reengage with any of them during my time at Supreme, but they are of minimal competitive value in any event.  As mentioned previously, most of my builder loans close within fourteen days or so of the first interaction or lead.  Anything beyond that point

8

becomes useless to me. As with the "REFI LEADS 03-21" report, I would be willing to work with counsel to identify any old leads in the "HISTORY" tab generated during my time at Movement and delete them from the Tracker. I have not used them and would have no reason to use them.

27. Movement references what it calls "Builder Tabs." I believe this term references individual Tracker spreadsheet tabs corresponding to each of the major builders with whom I have developed significant working relationships over my career. The information contained in these tabs—names of sales agents and corporate management, contact information, locations of communities, tax rates, and HOA fees—is not proprietary to Movement and did not come from Movement, period. I personally compiled it over the course of the last decade-plus, using publicly available information or information I had received directly from my builder contacts. Were I to have to recreate it, I could obtain much of it on the internet, and the remainder I could get by reaching out directly to the builders themselves, who know me well and refer matters my way because of our longstanding connections. None of my former employers prior to Movement ever requested that I return this contact information, and Movement never suggested I had any obligation to do so until this lawsuit.

28. There are other tabs in the Tracker, but none of them match the descriptions Movement has alleged. And, as with the tabs I have discussed above, none of them contain confidential Movement loan information that could be used to compete against Movement.

29. Movement's statements that my Tracker and Google Drive contain "detailed customer information" such as "customer contact information, credit score, income, and a variety of personal financial data" are also inaccurate, outside of the "REFI Leads 03-21" report. From time to time customers may have sent me their personal information directly to my Google Drive

on an ad hoc basis at their request as we were working to close loans, but I have never used such information to compete against Movement. There may also be isolated references to such customer information in my detailed notes for individual borrowers, but there is no sensitive customer information that I systematically maintain in the Tracker. As with the "REFI" report, I am willing to work with counsel to identify such customer documents or isolated references and delete them from my Google Drive and Tracker spreadsheet.

30.     Finally, Movement states that the leads I was working in my Tracker were "new leads Movement received via the Company's Blend platform." While this is technically true, it suggests that most or all of the leads I worked while at Movement were procured and provided to me by Movement, rather than being self-sourced, which is not the case. Typically, a borrower would approach me directly about a loan opportunity, and I would direct them to submit their application information through Blend, which would then reach my attention upon completion. Blend is nothing more than a repository of loan information for borrowers interested in applying for a loan; it does not generate or provide leads. At all times during my employment at Movement, as at my prior stops and at Supreme, I was generating my own business, using leads from builder contacts cultivated before, during, and after my time at Movement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 25, 2025.

_____
Michael Nasserfar

10

166

# <u>EXHIBIT 1</u>

| | |
|---|---|
| **From:** | Merle Ledbetter |
| **To:** | Michael Nasserfar |
| **Cc:** | HR; Trish Busch; Asset MGMT; Joe Thompson; Scott McCandless |
| **Subject:** | Re: ML Nasserfar Laptops Return |
| **Date:** | Tuesday, May 20, 2025 6:26:27 PM |
| **Attachments:** | image003.png |
| | Outlook-mldpsjmz |
| | Outlook-ypgnrqi2 |

Hello Michael,

I apologize I did not complete this yet but we have made progress. Security reviewed and approved the process as well as your documents. Let me work on getting the external sharing link to you. I may need to contact our system team but should have an update no later than tomorrow afternoon.

**Merle Ledbetter**  |  IT Support
**IT Hotline** (877) 452 - 8597
**Office Hours** 9AM – 6PM

5500 W. Chandler Blvd. Suite 3
Chandler, AZ 85226



Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
Movement Mortgage has implemented Mimecast Email Security Services. To learn more, please visit https://www.mimecast.com/.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

---

**From:** Michael Nasserfar <michaelnasserfar@gmail.com>
**Sent:** Tuesday, May 20, 2025 3:22 PM
**To:** Merle Ledbetter <Merle.Ledbetter@movement.com>
**Cc:** HR <HR@movement.com>; Trish Busch <Trish.Busch@movement.com>; Asset MGMT <assetmgmt@movement.com>; Joe Thompson <joe.thompson@movement.com>
**Subject:** Re: ML Nasserfar Laptops Return

Merle,

Thanks for assisting me on Wed 5/14. We left off with you to follow up with me after an analysis was done of the extracted information. Please provide me an update on this.

On May 8, 2025 at 4:39 PM Merle Ledbetter <Merle.Ledbetter@movement.com> wrote:

> Thank you HR!
>
> Michael is primarily concerned about family photos and documents related to a personal legal matter with no relation to movement or any of its clients. I will be sure to be very careful not to accidentally sending anything that is movements and review each document that is being sent. I know Michael will appreciate this.
>
> **Merle Ledbetter**  |  IT Support
> **IT Hotline** (877) 452 - 8597
> **Office Hours** 9AM – 6PM
>
> 5500 W. Chandler Blvd. Suite 3
> Chandler, AZ 85226
>
> 
>
> Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
> Movement Mortgage has implemented Mimecast Email Security Services. To learn more, please visit https://www.mimecast.com/.
>
> "Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

**From:** HR <HR@movement.com>
**Sent:** Thursday, May 8, 2025 2:31 PM
**To:** Merle Ledbetter <Merle.Ledbetter@movement.com>; Michael Nasserfar <michaelnasserfar@gmail.com>; Trish Busch <Trish.Busch@movement.com>
**Cc:** Asset MGMT <assetmgmt@movement.com>; Joe Thompson <joe.thompson@movement.com>; HR <HR@movement.com>
**Subject:** RE: ML Nasserfar Laptops Return

Hi All,

Michael's own personal items may be removed; however, any proprietary information of any sort or materials pertaining to the company's business cannot be removed, in accordance with Michael's employment agreement.

Please let us know if you have any questions.

Thank you!

**Best,**

**Lilli Blundell, PHR  |** Human Resources Business Partner | *West Coast / PNW / Mountain*

**Office** (619) 387-7094    Ext. 17540
**Office Hours** 8AM – 4:30PM (PST)

8024 Calvin Hall Rd
Indian Land, SC 29707
movement.com



**Ask me about Impact Lending.**
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

Please be aware that e-mail is not a secured communication vehicle, and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do not conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. This communication is confidential and proprietary business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

---

**From:** Merle Ledbetter <Merle.Ledbetter@movement.com>
**Sent:** Thursday, May 8, 2025 2:10 PM
**To:** Michael Nasserfar <michaelnasserfar@gmail.com>; Trish Busch <Trish.Busch@movement.com>
**Cc:** Asset MGMT <assetmgmt@movement.com>; Joe Thompson <joe.thompson@movement.com>; HR <HR@movement.com>
**Subject:** Re: ML Nasserfar Laptops Return

Hello Michael,

I do still need written approval from HR but am willing to verify they are personal items only and facilitate their delivery to you. I have copied HR on to review this request to remove and be sent personal items such as pictures and legal documents. Provided they approve the request I most likely do not need you to be present at the computer. If you would like to address this during your trip I believe we can do so over a call.

This depends on if your files were synced to one drive but they most likely were.

**Merle Ledbetter  |** IT Support
**IT Hotline** (877) 452 - 8597
**Office Hours** 9AM – 6PM

5500 W. Chandler Blvd. Suite 3
Chandler, AZ 85226

Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
Movement Mortgage has implemented Mimecast Email Security Services. To learn more, please visit https://www.mimecast.com/.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

---

**From:** Michael Nasserfar <michaelnasserfar@gmail.com>

**Sent:** Thursday, May 8, 2025 12:58 PM
**To:** Trish Busch <Trish.Busch@movement.com>
**Cc:** Asset MGMT <assetmgmt@movement.com>; Merle Ledbetter <Merle.Ledbetter@movement.com>; Joe Thompson <joe.thompson@movement.com>
**Subject:** Re: ML Nasserfar Laptops Return

Thanks Trish!  I spoke with Merle and I have personal items on my laptop that he is going to help remove prior to the return.

Merle, as I'm currently out of town, what are your days/times of availability next week to do this please?

Michael Nasserfar
512-797-8916
MichaelNasserfar@gmail.com

On Thu, May 8, 2025 at 2:42 PM Trish Busch <Trish.Busch@movement.com> wrote:

> **Hello Asset Management,**
>
> TX ML Michael Nasserfar needs packaging for two laptops (one broken old one and the current one) and shipping to NSSC.  Can you give us a QR code to include both for him, please?
>
> Best of regards,
> **Trish Busch** | Regional Support Partner/PM to RD Joe Thompson
> American Southwest Region – AZ/NM/OK/TX
> NMLS 270135
>
> **Mobile** (314) 698-0724
> 5500 W Chandler Blvd, Suite 3
> Chandler, AZ 85226
> www.movement.com

**Ask me about Impact Lending.**
Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.

State license # | Movement Mortgage LLC. All rights reserved. NMLS ID #39179 (For licensing information, go to: www.nmlsconsumeraccess.org). Additional information available at movement.com/legal. Interest rates and products are subject to change without notice and may or may not be available at the time of loan commitment or lock-in. Borrowers must qualify at closing for all benefits.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC. Please be aware that this email may provide certain information, such as estimated rates, payment amounts, and costs, but does not imply entering into a legally binding contract. All loans are subject to the application process, credit approval, and property appraisal. Movement Mortgage, LLC supports Equal Housing Opportunity. This communication may contain proprietary, confidential, and/or privileged material and is intended solely for the intended recipient(s). If you are not the intended recipient(s), please do not read, copy, use, or disclose this communication to others. If this communication is received in error, please contact the sender immediately and delete the communication and any attachments.



--
Michael Nasserfar

MichaelNasserfar@gmail.com
512-797-8916

# EXHIBIT 2

**From:**       Merle Ledbetter
**To:**         Michael Nasserfar
**Subject:**    [EXTERNAL] Merle Ledbetter shared "OneDrive_1_6-9-2025" with you
**Date:**       Monday, June 9, 2025 5:47:56 PM
**Attachments:** AttachedImage
                AttachedImage
                AttachedImage

NOTICE: This message originated from a sender outside of Supreme Lending. Do not click on links or open attachments unless you recognize the sender or know the site is safe.



-->

# Merle Ledbetter shared a file with you

-->

Here's the document that Merle Ledbetter shared with you.

OneDrive_1_6-9-2025

This link only works for the direct recipients of this message.

Open

This email is generated through Movement Mortgage's use of Microsoft 365 and may contain content that is controlled by Movement Mortgage.

# EXHIBIT Z

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | 1§ | |
| | 1§ | |
| *Plaintiff,* | 1§ | |
| | 1§ | |
| **v.** | 1§ | **Civil Action No. 3:25-cv-01790-B** |
| | 1§ | |
| **EVERETT FINANCIAL INC. d/b/a** | 1§ | |
| **SUPREME LENDING,** | 1§ | |
| | § | |
| *Defendant.* | § | |

**DECLARATION OF MICHAEL TASK**

1.      My name is Michael Task.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I started working at Movement Mortgage, LLC ("Movement") in July 2016, and was based in Austin, Texas.

3.      I resigned from Movement on May 13, 2025.  At the time I resigned, my title was Branch Leader.  My principal responsibility was originating residential mortgage loans.

4.      I began searching for other employment opportunities, and ultimately resigned from Movement as a result of changes in Movement's regional management and the overall financial environment within Movement, both of which negatively impacted my ability to meet client commitments and my overall earnings.

5.      While exploring the job market, I communicated with multiple mortgage companies, including Fairway Independent Mortgage and CMG Financial.

6.      I joined Supreme Lending on May 15, 2025, and my license was active with and sponsored by Supreme through Nationwide Multistate Licensing System ("NMLS") by May 16,

2025.  My title at Supreme is Senior Loan Officer, and my responsibility remains originating residential mortgage loans.

7.      The day I resigned I emailed a loan Pipeline Summary and associated documents entitled ""Estimated Transaction Summary Information Sheets" ("Summary Information Sheets") worksheets to Ashley Foradory, my licensed loan officer assistant at Movement.  A copy of this email is attached as Exhibit O to Movement's Complaint.  The pipeline summary and loan summary worksheets do not appear to have been attached to the Complaint.

8.      This Pipeline Summary is a document I created that listed seven loans that I had originated while working at Movement and were at various stages in the loan process.  Within the Pipeline Summary, I provided guidance on where I understood each loan to be in the process along with next steps in the loan process.  **Exhibit 1** to this Declaration is a true and correct copy of the Pipeline Summary I attached to my May 13, 2025 email to Ashley Foradory.

9.      I also attached five Summary Information Sheets, which relate to five of the seven loans on the Pipeline Summary.  **Exhibit 2** to this Declaration is a true and correct copy of the loan summary worksheets as attached to the May 13, 2025 email to Ashley Foradory.

10.     The Summary Information Sheets are based on a template I personally created more than ten years ago.  It was not created by and was not provided to me by Movement.  The template allows me to input figures and automatically update the tables.  That template allows me to provide borrowers with a basic, good faith breakdown of transaction fees the borrower is likely to see at the anticipated loan amount.  I ordinarily provide borrowers this document to help them assess their finances and costs.  They are free to share it with third parties and, I understand, often do.  Among the third parties are often competing mortgage banks because borrowers want to shop rates and fees.

27300932 v1

11.    I sent the Pipeline Summary and Summary Information Sheets to Ms. Foradory, so that she could complete the loan process and, if possible, close those loans with Movement after my departure. *See* Compl. Ex. O.

12.    When sending the email to Ms. Foradory, I also bcc'd my personal email address. I copied myself so that I could keep a record of the pending loans, which would allow me to assist Ms. Foradory (or anyone else at Movement) with any questions or issues about the loans, if needed.  I also wanted a record to track these loans because my employment agreement with Movement entitled me to a commission on these loans, which I originated, so long as the loans closed at Movement within thirty days of my departure from Movement.

13.    None of the seven loans have closed at Supreme Lending, a fact which is easily verifiable using common publicly available subscription tools within the industry, like Mobility Market Intelligence ("MMI").  Nor have I or, to my knowledge, anyone at Supreme contacted or attempted to contact any of those seven borrowers.  And I have not used any of the information in the Pipeline Summary or Summary Information Sheets while employed at Supreme Lending.

14.    In fact, the "Hatt" loan closed at Movement shortly after my resignation and the "Peters" loan also closed at Movement not long thereafter.  Movement subsequently paid me a commission for the "Hatt" loan.  I did not receive a commission for the "Peters" loan.

15.    I do not know the outcome of the "Boden," "Rosol" or "Shugrue" loans, but I have not been paid on them either.

16.    Mr. Hatfield called me to let me know he was going to go with a different loan provider.

17.    Similarly, Mr. Chang called me to advise that they had decided to pay in cash and, therefore, did not require any loan for their home purchase.

27300932 v1

18.     Based on my 30 years in the industry, I do not believe there is any confidential Movement or private borrower information in the Pipeline Summary or Summary Information Sheets.  Indeed, the credit score in the Summary Information Sheets are merely an assumption to assist in the pricing analysis, but not a reflection of the borrower's actual score.

19.     I returned my Movement-issued laptop in person on June 11, 2025 to the Movement Austin office at 10814 Jollyville Road, Suite 180, Austin, Texas, 78759.

20.     After I returned the laptop, I texted photos of the returned laptop to Branch Manager Tony Ruff. A true and accurate copy of that communication is attached to this Declaration as **Exhibit 3**.

21.     I would have returned my laptop sooner, but I underwent surgery in April and was unable to drive until the end of May.

22.     After my resignation on May 13, 2025, I did not access any Movement documents or information on the laptop or elsewhere.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 25, 2025.

_____
MICHAEL TASK

27300932 v1

4

179

# EXHIBIT 1

# Pipeline Summary

**Loan# 4377348 –** ▮▮▮▮

In Closing, CD signed.  Need final CD from title. Scheduled 5/19

**Loan# 4291154 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions.  **Program; Truist or Chase Del,** using POA, Need to order appraisal and rate lock upon seller communication of issuance of TCO

**Loan# 4344371 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions**.  Program; Non-QM EA SGCAP 30.** Need to order appraisal and rate lock upon seller communication of issuance of TCO

**Loan# 4349159 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions**.  Program; J30 – JPM Express Increase projected rent in MD to $4000/mo so DTI is below guideline.**  Need to order appraisal and rate lock upon seller communication of issuance of TCO

**Loan# 4354333 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions**.  Program; C30.** Need to order appraisal and rate lock upon seller communication of issuance of TCO

**Loan# 4365236 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions**.  Program; J30 – JPM Express DTI is at limit.  If DTI drops to 43% with updated property tax estimate go back to J30 TRUIST.**  Need to order appraisal and rate lock upon seller communication of issuance of TCO.   Rate buydown is necessary to keep DTI below guidelines.

**Loan# 4324881 –** ▮▮▮▮ **(MODERN)**

Approved w/Conditions**.  Program; C30.** DTI is now at 64% with 2024 tax returns.  Not sure if buyers will move forward.  Need to order appraisal and rate lock upon seller communication of issuance of TCO

# EXHIBIT 2

# **MM** MOVEMENT MORTGAGE

### ESTIMATED TRANSACTION SUMMARY INFORMATION SHEET

The information provided below reflects estimates of monthly payment, funds needed to close and closing costs you are likely to incur at the settlement of your loan.  These values are estimates; some actual charges may be more or less.  This is not a loan commitment or to be used as a LE.

| Client(s): | ▉ - MODERN #2002 | | Date Prepared: | | 05/13/25 |
|---|---|---|---|---|---|

| | | Rates | Terms | | LTV |
|---|---|---|---|---|---|
| Sales Price: | $1,728,639 | | | | |
| First Lien Loan Amount: | $1,296,479 | 6.375% | 30 | 1st | 75% |
| 2nd Lien Loan Amount: | $0 | 0.000% | 30 | 2nd | 0% |
| Down Payment: | $432,160 | | | CLTV | 75% |

**Program: 30yr Fixed - JUMBO**
**Down Payment:** 25.00%
**Credit Score: 780+**
**Notes:  Primary Residence**

| Estimated Movement Mortgage Fees | | |
|---|---|---|
| Origination Fee | 0.00% | $0.00 |
| Discount Fee | 0.00% | $0.00 |
| Processing Fee | | $850.00 |
| Underwriting Fee | | $750.00 |
| Document Preparation Fee | | $175.00 |
| Credit Report Fee | | $165.00 |
| Flood & IRS Cert Fees | | $27.00 |
| Tax Service Fee | | $72.00 |

| Property Specific Charges - same regardless of the lender | | |
|---|---|---|
| Appraisal Fee | | $995.00 |
| Final Appraisal Inspection Fee - if needed | | TBD |
| HOA Capital Contribution - *estimated (2mos dues)* | | $2,789.20 |
| PrePaid HOA Dues - *estimated (2mos dues)* | | $2,789.20 |
| *HOA Condo Questionnaire ($350)* | | *Waived* |
| HOA Reserve/Initial Fee - *estimated (1mos dues)* | | $1,394.60 |
| HOA Transfer/Move In Fees | | TBD |

| Title Company Charges - same regardless of the lender | | |
|---|---|---|
| Closing Fee | | $500.00 |
| Courier Fee | | $35.00 |
| Owners Title Insurance | | $9,414.93 |
| Lenders Title Insurance & Endorsements | | $315.00 |
| Recording Fees | | $245.00 |
| HOA Certificate | | TBD |
| Electronic Filing/Guaranty Fee | | $13.50 |
| Attorney Fee | | $550.00 |

| Additional Settlement or Program Specific Charges | | |
|---|---|---|
| Estimated 2nd Lien Loan Free(s) | | $0.00 |
| Capital Desk Review | | $550.00 |

| Prepaids & New Escrow Account | | | |
|---|---|---|---|
| Interest | 5 | Days | $1,132.20 |
| 1yr Condo Ins. "walls in" | | | $720.00 |
| Condo Ins. | 0 | months | $0.00 |
| Taxes | 0 | months | $0.00 |
| Other | | | $ |
| Total Prepaids | | | $1,852.20 |

| Estimated Cash Required: | |
|---|---|
| Sales Price | $1,728,639.00 |
| First Lien Loan Amount | $1,296,479.25 |
| 2nd Lien Loan Amount | $0.00 |
| **Total Down Payment** | **$432,159.75** |
| | |
| Closing Costs | $21,630.43 |
| Prepaids | $1,852.20 |
| Subtotal | $455,642.38 |
| | |
| **Less Earnest Money** | **$167,500.00** |
| **Less Ugrades Paid In Advance** | **$8,639.00** |
| **Less Movement Preferred Lender Incentive** | **$4,000.00** |
| **Less Seller Paid Costs** | **$0.00** |
| **Less Realtor Paid Costs** | **$0.00** |
| **Cash To Close** | **$275,503.38** |

| Estimated Monthly Payment: | | |
|---|---|---|
| P&I | | $8,088.34 |
| P&I for 2nd Lien | | $0.00 |
| Est Condo Owners Ins. | | $60.00 |
| Est Taxes | rate 1.982% | $2,283.88 |
| Mortgage Ins. | 0.000 | $0.00 |
| Est HOA Dues | | $1,394.60 |

| Total Closing Costs (before any credits) : | $21,630.43 |
|---|---|
| **Total Payment** | **$11,826.82** |

Movement Mortgage - Michael Task - NMLS #314948 - 512-350-3660 - Michael.Task@Movement.com - www.AskTask.com

The information contained herein is based on limited or no documentation of your income and/or assets and is therefore NOT A LOAN COMMITMENT or any indication of loan approval. You acknowledge and agree that nothing contained herein, and no prior or subsequent communication between you and the Lender, whether written or verbal, shall be deemed or construed to constitute or imply a commitment or offer by Lender to make a loan and no such commitment or offer shall exist unless and until Lender expressly executes a loan commitment or offer to lend.



# MOVEMENT MORTGAGE

### ESTIMATED TRANSACTION SUMMARY INFORMATION SHEET

The information provided below reflects estimates of monthly payment, funds needed to close and closing costs you are likely to incur at the settlement of your loan.  These values are estimates; some actual charges may be more or less.  This is not a loan commitment or to be used as a LE.

| Client(s): | - MODERN #2705 | | Date Prepared: | 05/13/25 |
|---|---|---|---|---|

| | | Rates | Terms | | LTV |
|---|---|---|---|---|---|
| Sales Price: | $1,191,094 | | | | |
| First Lien Loan Amount: | $952,875 | 7.875% | 30 | 1st | 80% |
| 2nd Lien Loan Amount: | $0 | 0.000% | 30 | 2nd | 0% |
| Down Payment: | $238,219 | | | CLTV | 80% |

**Program: 30yr Fixed - JUMBO**
**Down Payment:    20.00%**
**Credit Score: 780+**
**Notes:  Rental/Investment**

J30 JPM Express
8.0 - no points
7.875 - 0.25pts
7.625 - 0.45 pts
7.375 - 1.0pt

## Estimated Movement Mortgage Fees
| | | |
|---|---|---|
| Origination Fee | 0.00% | $0.00 |
| Discount Fee | 0.25% | $2,382.19 |
| Processing Fee | | $850.00 |
| Underwriting Fee | | $750.00 |
| Document Preparation Fee | | $175.00 |
| Credit Report Fee | | $165.00 |
| Flood & IRS Cert Fees | | $27.00 |
| Tax Service Fee | | $72.00 |

## Property Specific Charges - same regardless of the lender
| | |
|---|---|
| Appraisal Fee | $750.00 |
| Final Appraisal Inspection Fee - if needed | TBD |
| HOA Capital Contribution - *estimated (2mos dues)* | $1,713.04 |
| PrePaid HOA Dues - *estimated (2mos dues)* | $1,713.04 |
| **HOA Condo Questionnaire ($350)** | **Waived** |
| HOA Reserve/Initial Fee - *estimated (1mos dues)* | $856.52 |
| HOA Transfer/Move In Fees | TBD |

## Title Company Charges - same regardless of the lender
| | |
|---|---|
| Closing Fee | $500.00 |
| Courier Fee | $35.00 |
| Owners Title Insurance | $6,582.07 |
| Lenders Title Insurance & Endorsements | $315.00 |
| Recording Fees | $215.00 |
| HOA Certificate | TBD |
| Electronic Filing/Guaranty Fee | $13.50 |
| Attorney Fee | $550.00 |

## Additional Settlement or Program Specific Charges
| | |
|---|---|
| Temp Buydown Costs | NA |
| Capital Desk Review | $550.00 |

| **Total Closing Costs (before any credits) :** | **$18,214.35** |
|---|---|

## Prepaids & New Escrow Account
| | | |
|---|---|---|
| Interest | 5 Days | $1,027.93 |
| 1yr Condo Ins. "walls in" | | $540.00 |
| Condo Ins. | 0 months | $0.00 |
| Taxes | 0 months | $0.00 |
| Other | | $ |
| **Total Prepaids** | | **$1,567.93** |

## Estimated Cash Required:
| | |
|---|---|
| Sales Price | $1,191,094.00 |
| First Lien Loan Amount | $952,875.20 |
| 2nd Lien Loan Amount | $0.00 |
| **Total Down Payment** | **$238,218.80** |
| Closing costs | $18,214.35 |
| Prepaids | $1,567.93 |
| Subtotal | **$258,001.08** |
| **Less Earnest Money** | **$117,000.00** |
| **Less Ugrades Paid In Advance** | **$21,094.00** |
| **Less Movement Preferred Lender Incentive** | **$4,000.00** |
| **Less Seller Paid Costs** | **$0.00** |
| **Less Realtor Paid Costs** | **$0.00** |
| **Cash To Close** | **$115,907.08** |

## Estimated Monthly Payment:
| | |
|---|---|
| P&I | $6,909.01 |
| P&I for 2nd Lien | $0.00 |
| Est Condo Owners Ins. | $45.00 |
| Est Taxes      rate  1.986% | $1,971.56 |
| Mortgage Ins.    0.000 | $0.00 |
| Est HOA Dues | $856.52 |
| **Total Payment** | **$9,782.08** |

Movement Mortgage - Michael Task - NMLS #314948 - 512-350-3660 - Michael.Task@Movement.com - www.AskTask.com
The information contained herein is based on limited or no documentation of your income and/or assets and is therefore NOT A LOAN COMMITMENT or any indication of loan approval. You acknowledge and agree that nothing contained herein, and no prior or subsequent communication between you and the Lender, whether written or verbal, shall be deemed or construed to constitute or imply a commitment or offer by Lender to make a loan and no such commitment or offer shall exist unless and until Lender expressly executes a loan commitment or offer to lend.



# MOVEMENT MORTGAGE

### ESTIMATED TRANSACTION SUMMARY INFORMATION SHEET

The information provided below reflects estimates of monthly payment, funds needed to close and closing costs you are likely to incur at the setlement of your loan.  These values are estimates; some actual charges may be more or less.  This is not a loan commitment or to be used as a LE.

| Client(s): | - MODERN #2412 | | Date Prepared: | | 05/13/25 |
|---|---|---|---|---|---|

| | | **Rates** | **Terms** | | **LTV** |
|---|---|---|---|---|---|
| Sales Price: | $1,885,483 | | | | |
| First Lien Loan Amount: | $1,500,000 | 6.750% | 30 | 1st | 80% |
| 2nd Lien Loan Amount: | $0 | 0.000% | 30 | 2nd | 0% |
| Down Payment: | $385,483 | | | CLTV | 80% |

| **Program: 30yr Fixed - JUMBO** | Truist | **Chase Del** |
|---|---|---|
| **Down Payment:** 20.44% | 6.99 - No Points | **6.875 - 0.141pts** |
| **Credit Score: 760+** | 6.75 - 0.75pts | **6.75 - 0.50pts** |
| **Notes: Primary Residence** | 6.50 - 1.625 pts | **6.50- 1.20pts** |

### Estimated Movement Mortgage Fees

| | | |
|---|---|---|
| Origination Fee | 0.00% | $0.00 |
| Discount Fee | 0.50% | $7,500.00 |
| Processing Fee | | $850.00 |
| Underwriting Fee | | $750.00 |
| Document Preparation Fee | | $175.00 |
| Credit Report Fee | | $165.00 |
| Flood & IRS Cert Fees | | $27.00 |
| Tax Service Fee | | $72.00 |

### Property Specific Charges - same regardless of the lender

| | | |
|---|---|---|
| Appraisal Fee | | $995.00 |
| Final Appraisal Inspection Fee - if needed | | TBD |
| HOA Capital Contribution - *estimated (2mos dues)* | | $2,766.40 |
| PrePaid HOA Dues - *estimated (2mos dues)* | | $2,766.40 |
| **HOA Condo Questionaire ($350)** | | **Waived** |
| HOA Reserve/Initial Fee - *estimated (1mos dues)* | | $1,383.20 |
| HOA Transfer/Move In Fees | | TBD |

### Title Company Charges - same regardless of the lender

| | | |
|---|---|---|
| Closing Fee | | $500.00 |
| Courier Fee | | $35.00 |
| Owners Title Insurance | | $10,241.50 |
| Lenders Title Insurance & Endorsements | | $315.00 |
| Recording Fees | | $215.00 |
| HOA Certificate | | TBD |
| Electronic Filing/Guaranty Fee | | $13.50 |
| Attorney Fee | | $550.00 |

### Additional Settlement or Program Specific Charges

| | | |
|---|---|---|
| Estimated 2nd Lien Loan Free(s) | | $0.00 |
| Capital Desk Review | | $550.00 |

| **Total Closing Costs (before any credits) :** | **$29,870.00** |
|---|---|

### Prepaids & New Escrow Account

| | | | |
|---|---|---|---|
| Interest | 5 | Days | $1,386.99 |
| 1yr Condo Ins. | "walls in" | | $2,715.00 |
| Condo Ins. | 0 | months | $0.00 |
| Taxes | 0 | months | $0.00 |
| Other | | | $ |
| **Total Prepaids** | | | **$4,101.99** |

### Estimated Cash Required:

| | |
|---|---|
| Sales Price | $1,885,483.00 |
| First Lien Loan Amount | $1,500,000.00 |
| 2nd Lien Loan Amount | $0.00 |
| Total Down Payment | $385,483.00 |
| Closing Costs | $29,870.00 |
| Prepaids | $4,101.99 |
| Subtotal | $419,454.98 |
| **Less Earnest Money** | **$187,000.00** |
| **Less Upgrades Paid In Advance** | **$15,483.00** |
| **Less Movement Preferred Lender Incentive** | **$4,000.00** |
| **Less Seller Paid Costs** | **$0.00** |
| **Less Realtor Paid Costs** | **$0.00** |
| **Cash To Close** | **$212,971.98** |

### Estimated Monthly Payment:

| | | |
|---|---|---|
| P&I | | $9,728.97 |
| P&I for 2nd Lien | | $0.00 |
| Est Condo Owners Ins. | | $226.25 |
| Est Taxes | rate 1.982% | $2,491.10 |
| Mortgage Ins. | 0.000 | $0.00 |
| Est HOA Dues | | $1,383.20 |
| **Total Payment** | | **$13,829.52** |

Movement Mortgage - Michael Task - NMLS #314948 - 512-350-3660 - Michael.Task@Movement.com - www.AskTask.com

The information contained herein is based on limited or no documentation of your income and/or assets and is therefore NOT A LOAN COMMITMENT or any indication of loan approval. You acknowledge and agree that nothing contained herein, and no prior or subsequent communication between you and the Lender, whether written or verbal, shall be deemed or construed to constitute or imply a commitment or offer by Lender to make a loan and no such commitment or offer shall exist unless and until Lender expressly executes a loan commitment or offer to lend.



# MM MOVEMENT MORTGAGE

### ESTIMATED TRANSACTION SUMMARY INFORMATION SHEET

The information provided below reflects estimates of monthly payment, funds needed to close and closing costs you are likely to incur at the setlement of your loan.  These values are estimates; some actual charges may be more or less.  This is not a loan commitment or to be used as a LE.

| Client(s): | ▇▇▇ - MODERN #2812 | | | Date Prepared: | | 05/13/25 |
|---|---|---|---|---|---|---|

| | | Rates | Terms | | | LTV |
|---|---|---|---|---|---|---|
| Sales Price: | $1,891,850 | | | | | |
| First Lien Loan Amount: | $806,500 | 7.062% | 30 | 1st | | 43% |
| 2nd Lien Loan Amount: | $0 | 0.000% | 30 | 2nd | | 0% |
| Down Payment: | $1,085,350 | | | CLTV | | 43% |

**Program: 30yr Fixed - Conv**  C30
**Down Payment:** 57.37%  6.75 - 1pts
**Credit Score: 760+**  6.812 - 0.72pts
**Notes:  Investment/Rental**  7.062 - no pts

| Estimated Movement Mortgage Fees | | |
|---|---|---|
| Origination Fee | 0.00% | $0.00 |
| Discount Fee | 0.00% | $0.00 |
| Processing Fee | | $850.00 |
| Underwriting Fee | | $750.00 |
| Document Preparation Fee | | $175.00 |
| Credit Report Fee | | $165.00 |
| Flood & IRS Cert Fees | | $27.00 |
| Tax Service Fee | | $72.00 |

| Property Specific Charges - same regardless of the lender | | |
|---|---|---|
| Appraisal Fee | | $895.00 |
| Final Appraisal Inspection Fee - if needed | | TBD |
| HOA Capital Contribution - *estimated (2mos dues)* | | $2,766.40 |
| PrePaid HOA Dues - *estimated (2mos dues)* | | $2,766.40 |
| **HOA Condo Questionnaire ($350)** | | **Waived** |
| HOA Reserve/Initial Fee - *estimated (1mos dues)* | | $1,383.20 |
| HOA Transfer/Move In Fees | | TBD |

| Title Company Charges - same regardless of the lender | | |
|---|---|---|
| Closing Fee | | $500.00 |
| Courier Fee | | $35.00 |
| Owners Title Insurance | | $10,275.05 |
| Lenders Title Insurance & Endorsements | | $315.00 |
| Recording Fees | | $215.00 |
| HOA Certificate | | TBD |
| Electronic Filing/Guaranty Fee | | $13.50 |
| Attorney Fee | | $550.00 |

| Additional Settlement or Program Specific Charges | | |
|---|---|---|
| Estimated 2nd Lien Loan Free(s) | | $0.00 |
| Capital Desk Review | | $0.00 |

| | | |
|---|---|---|
| **Total Closing Costs (before any credits) :** | | **$21,753.55** |

| Prepaids & New Escrow Account | | |
|---|---|---|
| Interest | 5 Days | $780.21 |
| 1yr Condo Ins. "walls in" | | $720.00 |
| Condo Ins. | 0 months | $0.00 |
| Taxes | 0 months | $0.00 |
| Other | | $ |
| **Total Prepaids** | | **$1,500.21** |

| Estimated Cash Required: | |
|---|---|
| Sales Price | $1,891,850.00 |
| First Lien Loan Amount | $806,500.00 |
| 2nd Lien Loan Amount | $0.00 |
| Total Down Payment | $1,085,350.00 |
| | |
| Closing Costs | $21,753.55 |
| Prepaids | $1,500.21 |
| Subtotal | $1,108,603.76 |
| | |
| **Less Earnest Money** | **$185,400.00** |
| **Less Ugrades Paid In Advance** | **$37,850.00** |
| **Less Movement Preferred Lender Incentive** | **$4,000.00** |
| **Less Seller Paid Costs** | **$0.00** |
| **Less Realtor Paid Costs** | **$0.00** |
| **Cash To Close** | **$881,353.76** |

| Estimated Monthly Payment: | |
|---|---|
| P&I | $5,399.29 |
| P&I for 2nd Lien | |
| Est Condo Owners Ins. | $60.00 |
| Est Taxes      rate  1.957% | $3,085.29 |
| Mortgage Ins.     0.000 | $0.00 |
| Est HOA Dues | $1,383.20 |
| **Total Payment** | **$9,927.78** |

Movement Mortgage - Michael Task - NMLS #314948 - 512-350-3660 - Michael.Task@Movement.com - www.AskTask.com
The information contained herein is based on limited or no documentation of your income and/or assets and is therefore
NOT A LOAN COMMITMENT or any indication of loan approval. You acknowledge and agree that nothing contained
herein, and no prior or subsequent communication between you and the Lender, whether written or verbal, shall be
deemed or construed to constitute or imply a commitment or offer by Lender to make a loan and no such
commitment or offer shall exist unless and until Lender expressly executes a loan commitment or offer to lend.



**MM MOVEMENT**MORTGAGE

ESTIMATED TRANSACTION SUMMARY INFORMATION SHEET

The information provided below reflects estimates of monthly payment, funds needed to close and closing costs you are likely to incur at the settlement of your loan.  These values are estimates; some actual charges may be more or less.  This is not a loan commitment or to be used as a LE.

| Client(s): | ▮ - MODERN #1911 | | | Date Prepared: | | 05/13/25 |
|---|---|---|---|---|---|---|

| | | | Rates | Terms | | LTV |
|---|---|---|---|---|---|---|
| Sales Price: | $614,594 | | | | | |
| First Lien Loan Amount: | $491,675 | | 7.875% | 30 | 1st | 80% |
| 2nd Lien Loan Amount: | $0 | | 0.000% | 30 | 2nd | 0% |
| Down Payment: | $122,919 | | | | CLTV | 80% |

**Program: 30yr Fixed**
**Down Payment:    20.00%**
**Credit Score: 780+**
**Notes:  Investment/Rental**

EA SGCAP 30
7.875 - No Pts
7.50 - 1.05 pts

### Estimated Movement Mortgage Fees

| | | |
|---|---|---|
| Origination Fee | 0.00% | $0.00 |
| Discount Fee | 0.00% | $0.00 |
| Processing Fee | | $850.00 |
| Underwriting Fee | | $750.00 |
| Document Preparation Fee | | $175.00 |
| Credit Report Fee | | $165.00 |
| Flood & IRS Cert Fees | | $27.00 |
| Tax Service Fee | | $72.00 |

### Property Specific Charges - same regardless of the lender

| | |
|---|---|
| Appraisal Fee | $750.00 |
| Final Appraisal Inspection Fee - if needed | TBD |
| HOA Capital Contribution - *estimated (2mos dues)* | $992.56 |
| PrePaid HOA Dues - *estimated (2mos dues)* | $992.56 |
| *HOA Condo Questionnaire ($350)* | *Waived* |
| HOA Reserve/Initial Fee - *estimated (1mos dues)* | $496.28 |
| HOA Transfer/Move In Fees | TBD |

### Title Company Charges - same regardless of the lender

| | |
|---|---|
| Closing Fee | $500.00 |
| Courier Fee | $35.00 |
| Owners Title Insurance | $3,543.91 |
| Lenders Title Insurance & Endorsements | $315.00 |
| Recording Fees | $215.00 |
| HOA Certificate | TBD |
| Electronic Filing/Guaranty Fee | $13.50 |
| Attorney Fee | $550.00 |

### Additional Settlement or Program Specific Charges

| | |
|---|---|
| Investor Fee | $425.00 |
| Capital Desk Review | $395.00 |

| **Total Closing Costs (before any credits) :** | **$11,262.81** |
|---|---|

### Prepaids & New Escrow Account

| | | | |
|---|---|---|---|
| Interest | 5 | Days | $530.40 |
| 1yr Condo Ins. "walls in" | | | $480.00 |
| Condo Ins. | 2 | months | $80.00 |
| Taxes | 3 | months | $3,006.90 |
| Other | | | $ |
| **Total Prepaids** | | | **$4,097.30** |

### Estimated Cash Required:

| | |
|---|---|
| Sales Price | $614,594.00 |
| First Lien Loan Amount | $491,675.20 |
| 2nd Lien Loan Amount | $0.00 |
| **Total Down Payment** | **$122,918.80** |
| Closing Costs | $11,262.81 |
| Prepaids | $4,097.30 |
| Subtotal | $138,278.91 |
| **Less Earnest Money** | **$55,350.00** |
| **Less Ugrades Paid In Advance** | **$16,094.00** |
| **Less Movement Preferred Lender Incentive** | **$4,000.00** |
| **Less Seller Paid Costs** | **$0.00** |
| **Less Realtor Paid Costs** | **$0.00** |
| **Cash To Close** | **$62,834.91** |

### Estimated Monthly Payment:

| | | |
|---|---|---|
| P&I | | $3,564.99 |
| P&I for 2nd Lien | | $0.00 |
| Est Condo Owners Ins. | | $40.00 |
| Est Taxes | rate 1.957% | $1,002.30 |
| Mortgage Ins. | 0.000 | $0.00 |
| Est HOA Dues | | $496.28 |
| **Total Payment** | | **$5,103.57** |

Movement Mortgage - Michael Task - NMLS #314948 - 512-350-3660 - Michael.Task@Movement.com - www.AskTask.com

The information contained herein is based on limited or no documentation of your income and/or assets and is therefore NOT A LOAN COMMITMENT or any indication of loan approval. You acknowledge and agree that nothing contained herein, and no prior or subsequent communication between you and the Lender, whether written or verbal, shall be deemed or construed to constitute or imply a commitment or offer by Lender to make a loan and no such commitment or offer shall exist unless and until Lender expressly executes a loan commitment or offer to lend.



# EXHIBIT 3



Wed, Jun 11 at 12:56 PM



Delivered



Thanks again! And for all the time at Movement!

iMessage