IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EVERETT FINANCIAL INC. D/B/A SUPREME LENDING,<br><br>    Defendant. | JUDGE JANE J. BOYLE<br><br>CASE NO. 3:25-cv-01790-B |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order (Doc. 49), Plaintiff Movement Mortgage, LLC and Defendant Everett Financial Inc. d/b/a Supreme Lending submit this Joint Status Report regarding mediation. Mediation with Hon. Jeff Kaplan (Ret.) took place on November 19, 2025. The parties have reached a conditional settlement contingent on certain additional terms that the parties are presently negotiating. The parties will submit an updated joint status report on or before December 17.

Dated: December 3, 2025      Respectfully submitted,

| | |
|---|---|
| */s/ Lucas Markowitz*<br>Gary A. Rubin (TX 24111147)<br>Ari Karen (*Pro Hac Vice*)<br>Lucas Markowitz (*Pro Hac Vice*)<br>Mitchell Sandler PLLC<br>2020 K Street, N.W., Suite 760<br>Washington, D.C. 20006<br>Tel: (202) 886-5260<br>grubin@mitchellsandler.com<br>akaren@mitchellsandler.com<br>lmarkowitz@mitchellsandler.com | */s/ Trevor G. Covey*<br>Trevor G. Covey (*Pro Hac Vice)*<br>Gregory T. Frohman (*Pro Hac Vice*)<br>John N. Dagon (*Pro hac Vice*)<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Tel: 216.363.4500<br>tcovey@beneschlaw.com<br>gfrohman@beneschlaw.com<br>jdagon@beneschlaw.com |

and

Lindsey Marsh Brown (TX 24087977)
Abigail A. Lahvis (TX 24138136)
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000
lbrown@jw.com
alahvis@jw.com

*Attorneys for Plaintiff Movement Mortgage, LLC*

and

Nicholas J. Secco (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Tel: (312) 212-4949
nsecco@beneschlaw.com

and

Matthew W. Ray (TX 00788248)
Darryl Silvera (TX 18352280)
Silvera, Deary Ray
17070 Dallas Parkway, Suite 100
Dallas, Texas 75248
Tel: (214) 572-1716
mattr@silveradearyray.com
dsilvera@silveradearyray.com

*Attorneys for Defendant Everett Financial Inc. d/b/a Supreme Lending*

2

**CERTIFICATE OF SERVICE**

  The foregoing document was filed electronically with the Court on December 3, 2025. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 */s/ Trevor G. Covey*
                 Trevor G. Covey

                 *One of the Attorneys for Defendant Everett Financial Inc. d/b/a Supreme Lending*