IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case:   **Movement Mortgage, LLC v. Everett Financial, Inc. d/b/a Supreme Lending**

2. Civil action number: **3:25-cv-01790-B**

3. Nature of the suit:  **trade secrets/tortious interference**

4. Method of ADR used: **mediation**

5. Date ADR session was held:  **November 19, 2025**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services         ☐ Settled, in part, as a result of ADR

   X  Settled as a result of ADR*            ☐ Parties were unable to reach a settlement

7. What was your TOTAL fee:  **$8,500.00**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    JAMS
    5956 Sherry Lane, Suite 1330
    Dallas, Texas 75225
    Phone: (214) 744-5267


    */s/ Jeff Kaplan*                                              December 3, 2025
    Signature


* The parties reached a conditional settlement subject to certain additional terms that are still being negotiated.

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Ari Karen
Lucas A. Markowitz
Mitchell Sandler PLLC
2020 K Street N.W., Suite 760
Washington, D.C. 20006
Phone: (202) 886-5260
Counsel for Plaintiff

Trevor G. Covey
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Phone: (216) 363-4500
Counsel for Defendant

Matthew W. Ray
Silvera Deary Ray LLP
17070 Dallas Parkway, Suite 100
Dallas, Texas 75248
Phone: (972) 715-1750
Counsel for Defendant


Scott Green, with Plaintiff
Jamie Filliben, with Plaintiff
Cody Nett, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Katie Blume*
_____
Case Manager